**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| Chad Rosenthal, | § | Case No. 25-12369-DJB |
| | § | |
| Debtor. | § | |
| | § | |
| | § | |

**EXHIBITS AND WITNESSES OFFERED IN SUPPORT OF MOTION OF
THE UNITED STATES TRUSTEE TO DISMISS DEBTOR'S CASE FOR
FAILURE TO FILE MONTHLY OPERATING REPORTS**

Andrew R. Vara, the United States Trustee for Region 3 ("U.S. Trustee"), by

and through his undersigned counsel, hereby submits this list (this "List") of

exhibits and witnesses in support of the *Motion of the United States Trustee to*

*Dismiss Debtor's Case for Failure To File Monthly Operating Reports* (Docket No.

61) (the "Motion").

In addition to the exhibits set forth below, the U.S. Trustee respectfully

requests that the Court take judicial notice of all pleadings filed in this bankruptcy

case, including all exhibits attached thereto and the date of filing thereof.

The U.S. Trustee reserves the right to amend or supplement this List prior to

the hearing.

1

## **EXHIBITS**

The U.S. Trustee reserves the right to use any and all exhibits introduced into evidence by any party, to introduce into evidence any exhibit it may deem appropriate to rebut any evidence introduced by movants or any other party, and to introduce into evidence any of the following exhibits at trial of this matter:

| Exh. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1. | Voluntary Petition (Docket No. 1) | | | |
| 2. | Motion (Docket No. 61) | | | |
| 3. | Notice of Motion (Docket No. 62) | | | |
| 4. | Certificate of Service (Docket No. 63) | | | |
| 5. | Monthly Operating Report for December 2025 (not filed as of the date hereof) | | | |
| 6. | Monthly Operating Report for January 2026 (late filed at Docket No. 68) | | | |
| 7. | Monthly Operating Report for February 2026 (late filed at Docket No. 69) | | | |
| 8. | Monthly Operating Report for March 2026 (late filed at Docket No. 70) | | | |

## **WITNESS**

The U.S. Trustee reserves the right to cross-examine any and all witnesses

identified or called to testify by the any other party, and to present any witness it

may deem appropriate to rebut any evidence introduced by any other party.

| Order of Witness | Witness Name | Testimony Description |
|---|---|---|
| 1 | Chad Rosenthal | Financial condition of the Debtor and confirming and examining the facts stated by the Debtor in the filed bankruptcy documents. |

Dated: May 13, 2026          Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**For Region 3**

By: /s/ *John Schanne*
John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.934.4154
John.Schanne@usdoj.gov