# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | § § § § § § § § § | |
| | | CHAPTER 11 |
| CHAD ROSENTHAL, | | CASE NO. 25-12369-DJB |
| DEBTOR. | | |

## CERTIFICATION OF SERVICE

I, Hannah Deininger, certify that on May 14, 2026, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Objection of the United States Trustee to Debtor's Chapter 11 Plan of Reorganization

I certify under penalty of perjury that the above document(s) was sent using the mode of  service indicated.

Date: May 14, 2026                By:  /s/ *Hannah Deininger*
                                          Paralegal Specialist
                                          Office of The United States Trustee
                                          Robert NC Nix, Sr. Federal Building
                                          900 Market Street, Suite 320
                                          Philadelphia, PA 19107
                                          Phone: 202.280.8512
                                          Hannah.Deininger@usdoj.gov

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Served electronically on all CM/ECF participants registered in these cases through the Court's CM/ECF system at their respective email addresses registered with the Court.

Chad Rosenthal
1066 Bell Lane
Ambler, PA 19002
**Debtor**

Via: **X** 1st Class Mail ___ Certified Mail __ e-mail ___ Other:

Maggie Soboleski
1632 Ellsworth Street
Philadelphia, PA 19146
Email: msoboles@yahoo.com
**Debtor**

Via: ___ 1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

**LEONA MOGAVERO, ESQ.**
Zarwin, Baum, DeVito, Kaplan,
2005 Market Street
Ste 16th Floor
Philadelphia, PA 19103
Email: lmogavero@zarwin.com
**Sub-V Trustee**
Via: ___ 1st Class Mail ___ Certified Mail **X** e-mail ___ Other:

**END OF DOCUMENT**