**TD Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

JESSICA ROSENTHAL
CHAD ROSENTHAL
1066 BELL LN
MAPLE GLEN PA  19002-2951

| | |
|---|---|
| Page: | 1 of 12 |
| Statement Period: | Dec 18 2025-Jan 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

## Changes to Your TD Convenience Checking Account

On **January 4, 2026**, the minimum daily balance required to waive the monthly maintenance fee on your TD Convenience Checking account will increase from $100 to $250. The monthly maintenance fee on Convenience Checking will remain at $15. For additional important information and options, please refer to the "Important Information About Your TD Convenience Checking Account" section provided at the end of your statement.

## TD Convenience Checking

JESSICA ROSENTHAL
CHAD ROSENTHAL

Account # 00-2039915

---

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---:|
| Statement Balance as of 12/18 | | | 187.24 |
| Plus | 9 | Deposits and Other Credits | 29,253.47 |
| Less | 126 | Checks and Other Debits | 23,960.32 |
| Statement Balance as of 01/17 | | | 5,480.39 |

| | Total for this cycle | Total Year to Date |
|---|---:|---:|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

---

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---:|---:|---:|
| 12/18 | DEPOSIT | | 2,000.00 | 2,187.24 |
| 12/18 | DBCRD PUR AP, *****30198464919<br>AUT 121325 VISA DDA PUR AP<br>OLDNAVY COM          800 427 7895  * CA | 54.98 | | 2,132.26 |
| 12/18 | DBCRD PUR AP, *****30198464919<br>AUT 121625 VISA DDA PUR AP<br>TST MERENDA BOX          CONSHOHOCKEN  * PA | 12.22 | | 2,120.04 |
| 12/18 | DBCRD PUR AP, *****30016869307<br>AUT 121625 VISA DDA PUR AP<br>DD  DOORDASH CILANTROP     DOORDASH COM  * CA | 15.91 | | 2,104.13 |
| 12/18 | ELECTRONIC PMT-WEB,<br>TRAVELERS PER INSUR 6454640 | 18.83 | | 2,085.30 |
| 12/19 | DBCRD PUR AP, *****30198464919<br>AUT 121725 VISA DDA PUR AP<br>AMAZON MKTPL RI3GW07T3     AMZN COM BILL * WA | 44.33 | | 2,040.97 |
| 12/19 | DBCRD PUR AP, *****30198464919<br>AUT 121725 VISA DDA PUR AP<br>CHICK FIL A  04364      HORSHAM    * PA | 12.25 | | 2,028.72 |
| 12/22 | DEBIT CARD CREDIT, *****30198464919<br>AUT 122125 VISA DDA REF<br>DICKSSPORTINGGOODS COM     CORAOPOLIS   * PA | | 20.40 | 2,049.12 |
| 12/22 | DEBIT CARD CREDIT, *****30198464919<br>AUT 122125 VISA DDA REF<br>OLDNAVY COM          800 427 7895  * CA | | 23.56 | 2,072.68 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| ① | Ending Balance | | 5,480.39 |
| ② | Total Deposits | + | |
| ③ | Sub Total | | |
| ④ | Total Withdrawals | - | |
| ⑤ | Adjusted Balance | | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JESSICA ROSENTHAL
CHAD ROSENTHAL

| | |
|---|---|
| Page: | 3 of 12 |
| Statement Period: | Dec 18 2025-Jan 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

---

## ACCOUNT ACTIVITY

### Transactions by Date (continued)

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 12/22 | ACH DEPOSIT,<br>CITIZE CK WEBXFR P2P JESSICA ROSENTH | | 6,500.00 | 8,572.68 |
| 12/22 | DBCRD PUR AP, *****30198464919<br>AUT 121925 VISA DDA PUR AP<br>KURINJI INDIAN CUISINE    KURINJIPA COM * PA | 59.40 | | 8,513.28 |
| 12/22 | DBCRD PUR AP, *****30198464919<br>AUT 121925 VISA DDA PUR AP<br>DOGS   CATS RULE MAPLE G   MAPLE GLEN    * PA | 52.98 | | 8,460.30 |
| 12/22 | DBCRD PUR AP, *****30016869307<br>AUT 122025 VISA DDA PUR AP<br>PTC EZ PASS AUTO RE      877 736 6727  * PA | 165.00 | | 8,295.30 |
| 12/22 | DBCRD PUR AP, *****30198464919<br>AUT 122025 VISA DDA PUR AP<br>LIFE TIME CAFE  3250      868 284 0048  * PA | 13.90 | | 8,281.40 |
| 12/22 | DEBIT POS AP, *****30198464919<br>AUT 122025 DDA PURCHASE AP<br>BARNESNOBLE 1271 KNAPP R    NORTH WALES   * PA | 58.30 | | 8,223.10 |
| 12/22 | DEBIT POS AP, *****30198464919<br>AUT 122025 DDA PURCHASE AP<br>SPORTSCARD PLAYGROUND      HATBORO     * PA | 42.40 | | 8,180.70 |
| 12/22 | DEBIT POS AP, *****30198464919<br>AUT 122025 DDA PURCHASE AP<br>GIANT  6513 1925 NORRI     MAPLE GLEN    * PA | 30.00 | | 8,150.70 |
| 12/22 | DEBIT POS AP, *****30198464919<br>AUT 122025 DDA PURCHASE AP<br>GIANT  6513 1925 NORRI     MAPLE GLEN    * PA | 162.19 | | 7,988.51 |
| 12/22 | DBCRD PUR AP, *****30198464919<br>AUT 122025 VISA DDA PUR AP<br>ANTHONYS COAL FIRED PI     ORDER ACFP CO * PA | 48.39 | | 7,940.12 |
| 12/22 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 40.00 | | 7,900.12 |
| 12/22 | DBCRD PUR AP, *****30198464919<br>AUT 122125 VISA DDA PUR AP<br>AMAZON MKTPL CR7RX9JT3     AMZN COM BILL * WA | 12.99 | | 7,887.13 |
| 12/22 | DEBIT POS AP, *****30198464919<br>AUT 122125 DDA PURCHASE AP<br>THE FRESH MARKET 108      HORSHAM     * PA | 83.07 | | 7,804.06 |
| 12/22 | ELECTRONIC PMT-WEB,<br>VENMO PAYMENT ****053982572 | 150.00 | | 7,654.06 |
| 12/22 | ACH DEBIT, COMCAST-XFINITY CABLE SVCS 7349041 | 375.92 | | 7,278.14 |
| 12/22 | DEBIT POS AP, *****30198464919<br>AUT 122225 DDA PURCHASE AP<br>CVS PHARMACY  02496       MAPLE GLEN   * PA | 11.18 | | 7,266.96 |
| 12/22 | eTransfer Debit, Online Xfer<br>Transfer to CK 4433560384 | 25.00 | | 7,241.96 |
| 12/22 | Check #3200 | 59.00 | | 7,182.96 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JESSICA ROSENTHAL
CHAD ROSENTHAL

| Page: | 4 of 12 |
|---|---|
| Statement Period: | Dec 18 2025-Jan 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

---

## ACCOUNT ACTIVITY

### Transactions by Date (continued)

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 12/23 | DBCRD PUR AP, *****30198464919<br>AUT 122225 VISA DDA PUR AP<br>AMAZON MKTPL 938EM49M3    AMZN COM BILL * WA | 34.97 | | 7,147.99 |
| 12/23 | DBCRD PUR AP, *****30198464919<br>AUT 122225 VISA DDA PUR AP<br>KLARNA ANTHROPOLOGIE      COLUMBUS     * OH | 140.18 | | 7,007.81 |
| 12/23 | ELECTRONIC PMT-WEB,<br>VENMO PAYMENT ****111846023 | 50.00 | | 6,957.81 |
| 12/23 | ELECTRONIC PMT-WEB,<br>VENMO PAYMENT ****114849309 | 240.00 | | 6,717.81 |
| 12/23 | ACH DEBIT,<br>ACI SERVICE FEE SERVICEFEE ****01800824539 | 0.75 | | 6,717.06 |
| 12/23 | ACH DEBIT,<br>CEASTUDYABROAD 4 WEBPAY ****01800824541 | 3,082.50 | | 3,634.56 |
| 12/23 | DEBIT POS AP, *****30198464919<br>AUT 122325 DDA PURCHASE AP<br>WINE AND SPIRITS 4657      PLYMOUTH MEET * PA | 121.87 | | 3,512.69 |
| 12/23 | DEBIT POS AP, *****30198464919<br>AUT 122325 DDA PURCHASE AP<br>SAKS OFF 5TH 847 2400      PLYMOUTH MTG  * PA | 99.98 | | 3,412.71 |
| 12/23 | DEBIT POS AP, *****30198464919<br>AUT 122325 DDA PURCHASE AP<br>BARNESNOBLE 2300 CHEMICA    PLYMOUTH MEET * PA | 29.68 | | 3,383.03 |
| 12/24 | DBCRD PUR AP, *****30198464919<br>AUT 122325 VISA DDA PUR AP<br>STARBUCKS 8007827282      800 782 7282  * WA | 25.00 | | 3,358.03 |
| 12/24 | DBCRD PUR AP, *****30198464919<br>AUT 122325 VISA DDA PUR AP<br>PRIMARK WILLOW GROVE      WILLOW GROVE  * PA | 4.50 | | 3,353.53 |
| 12/24 | DBCRD PUR AP, *****30198464919<br>AUT 122325 VISA DDA PUR AP<br>OLO 136 HONEYGROW WILL    WILLOW GROVE  * PA | 46.09 | | 3,307.44 |
| 12/24 | ACH DEBIT<br>TARGET DEBIT CRD ACH TRAN ****12691254156<br>TARGET 1269            PLYMOUTH MEET PA | 8.65 | | 3,298.79 |
| 12/24 | ACH DEBIT,<br>TARGET DEBIT CRD ACH TRAN ****02672516199 | 30.20 | | 3,268.59 |
| 12/24 | DEBIT POS AP, *****30198464919<br>AUT 122425 DDA PURCHASE AP<br>CVS PHARMACY 02 02496      MAPLE GLEN    * PA | 6.00 | | 3,262.59 |
| 12/24 | DEBIT POS AP, *****30198464919<br>AUT 122425 DDA PURCHASE AP<br>WILLOW GROVE LIB          WILLOW GROVE  * PA | 45.96 | | 3,216.63 |
| 12/26 | DBCRD PUR AP, *****30198464919<br>AUT 122225 VISA DDA PUR AP<br>SHUTTERFLY INC          650 610 5200  * CA | 16.00 | | 3,200.63 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JESSICA ROSENTHAL
CHAD ROSENTHAL

| | |
|---|---|
| Page: | 5 of 12 |
| Statement Period: | Dec 18 2025-Jan 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

---

## ACCOUNT ACTIVITY

### Transactions by Date (continued)

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 12/26 | DBCRD PUR AP, *****30198464919<br>AUT 122325 VISA DDA PUR AP<br>SALADWORKS  PLYMOUTH SQ   CONSHOHOCKEN * PA | 17.08 | | 3,183.55 |
| 12/26 | DBCRD PUR AP, *****30198464919<br>AUT 122425 VISA DDA PUR AP<br>ANDAAS NAILS   SPA        HORSHAM       * PA | 56.00 | | 3,127.55 |
| 12/29 | DBCRD PUR AP, *****30016869307<br>AUT 122625 VISA DDA PUR AP<br>PTC EZ PASS AUTO RE       877 736 6727  * PA | 165.00 | | 2,962.55 |
| 12/29 | DBCRD PUR AP, *****30198464919<br>AUT 122625 VISA DDA PUR AP<br>TST  JOE COFFEE  BRYANT   NEW YORK     * NY | 15.57 | | 2,946.98 |
| 12/29 | DBCRD PUR AP, *****30198464919<br>AUT 122625 VISA DDA PUR AP<br>SQ  SOUP QUEEN BK        NEW YORK     * NY | 36.96 | | 2,910.02 |
| 12/29 | DBCRD PUR AP, *****30198464919<br>AUT 122625 VISA DDA PUR AP<br>SQ  GNOCCHI ON 9TH        NEW YORK     * NY | 29.22 | | 2,880.80 |
| 12/29 | DBCRD PUR AP, *****30198464919<br>AUT 122625 VISA DDA PUR AP<br>TST MANNYS RESTAURANT A     UPPER MORELAN * PA | 21.17 | | 2,859.63 |
| 12/29 | DBCRD PUR AP, *****30198464919<br>AUT 122625 VISA DDA PUR AP<br>AMERICAN AIR001448075525   FORT WORTH    * TX | 35.00 | | 2,824.63 |
| 12/29 | DBCRD PUR AP, *****30198464919<br>AUT 122625 VISA DDA PUR AP<br>AMERICAN AIR001230057108   FORT WORTH    * TX | 538.00 | | 2,286.63 |
| 12/29 | DBCRD PUR AP, *****30198464919<br>AUT 122625 VISA DDA PUR AP<br>UBER   TRIP          HELP UBER COM * CA | 113.98 | | 2,172.65 |
| 12/29 | DBCRD PUR AP, *****30198464919<br>AUT 122725 VISA DDA PUR AP<br>HUDSON NEWS ST2049        PHILADELPHIA  * PA | 12.48 | | 2,160.17 |
| 12/29 | DBCRD PUR AP, *****30198464919<br>AUT 122725 VISA DDA PUR AP<br>BRUEGGERS BAGELS          PHILADELPHIA  * PA | 47.04 | | 2,113.13 |
| 12/29 | DBCRD PUR AP, *****30198464919<br>AUT 122725 VISA DDA PUR AP<br>AMERICAN AIR001448075525   FORT WORTH    * TX | 36.40 | | 2,076.73 |
| 12/29 | INTL DBCD PUR AP, *****30198464919<br>AUT 122725 INTL DDA PUR AP<br>MERA CORPORATION          CUN       M EX | 276.91 | | 1,799.82 |
| 12/29 | INTL DBCD PUR AP, *****30198464919<br>AUT 122725 INTL DDA PUR AP<br>SUPER EL MERCADITO        TULUM QROO    M EX | 195.55 | | 1,604.27 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

JESSICA ROSENTHAL
CHAD ROSENTHAL

| | |
|---|---|
| Page: | 6 of 12 |
| Statement Period: | Dec 18 2025-Jan 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

---

## ACCOUNT ACTIVITY

### Transactions by Date (continued)

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 12/29 | DBCRD PUR AP, *****30198464919<br>AUT 122725 VISA DDA PUR AP<br>UBER   TRIP          HELP UBER COM * CA | 22.80 | | 1,581.47 |
| 12/29 | DBCRD PMT AP, *****30198464919<br>AUT 122825 VISA DDA PUR AP<br>SPOTIFY P3DE521E9F       NEW YORK     * NY | 21.19 | | 1,560.28 |
| 12/29 | INTL TXN FEE, INTL TXN FEE | 5.87 | | 1,554.41 |
| 12/29 | INTL TXN FEE, INTL TXN FEE | 8.31 | | 1,546.10 |
| 12/30 | ACH DEPOSIT, CLEAR PEO, LLC PAYROLL 001801 | | 9,888.42 | 11,434.52 |
| 12/30 | INTL DBCD PUR AP, *****30198464919<br>AUT 122925 INTL DDA PUR AP<br>CLIP MX PM          SOLIDARIDAD   M EX | 317.29 | | 11,117.23 |
| 12/30 | ELECTRONIC PMT-TEL,<br>PENTAGON FEDERAL TRNSFR DR ****33935408816 | 579.32 | | 10,537.91 |
| 12/30 | INTL TXN FEE, INTL TXN FEE | 9.52 | | 10,528.39 |
| 12/31 | ACH DEPOSIT,<br>CITIZE CK WEBXFR P2P JESSICA ROSENTH | | 2,500.00 | 13,028.39 |
| 12/31 | INTL DBCD PUR AP, *****30198464919<br>AUT 122625 INTL DDA PUR AP<br>RYANAIR   000000PUUQNZ   DUBLIN     I RL | 238.26 | | 12,790.13 |
| 12/31 | INTL DBCD PUR AP, *****30198464919<br>AUT 123025 INTL DDA PUR AP<br>TERESA S TACOS GRILL     TULUM QROO   M EX | 12.86 | | 12,777.27 |
| 12/31 | ELECTRONIC PMT-WEB,<br>VENMO PAYMENT ****288711810 | 200.00 | | 12,577.27 |
| 12/31 | INTL TXN FEE, INTL TXN FEE | 0.39 | | 12,576.88 |
| 12/31 | INTL TXN FEE, INTL TXN FEE | 7.15 | | 12,569.73 |
| 01/02 | INTL DBCD PUR AP, *****30198464919<br>AUT 123125 INTL DDA PUR AP<br>MERPAGO AKUMALMED       CIUDAD DE MEX M EX | 189.78 | | 12,379.95 |
| 01/02 | INTL DBCD PUR AP, *****30198464919<br>AUT 123125 INTL DDA PUR AP<br>TDAS XEL HA          SOLIDARIDAD Q M EX | 26.46 | | 12,353.49 |
| 01/02 | INTL DBCD PUR AP, *****30198464919<br>AUT 123125 INTL DDA PUR AP<br>TDAS XEL HA          SOLIDARIDAD Q M EX | 31.37 | | 12,322.12 |
| 01/02 | ELECTRONIC PMT-WEB,<br>NORTHSTEPPE REAL WEB PMTS 3SPP2F | 1,250.00 | | 11,072.12 |
| 01/02 | ACH DEBIT,<br>ACI SERVICE FEE SERVICEFEE ****01803343299 | 0.75 | | 11,071.37 |
| 01/02 | ELECTRONIC PMT-WEB,<br>APPFOLIO, INC. F WEB PMTS MNMMR5 | 2.49 | | 11,068.88 |
| 01/02 | ELECTRONIC PMT-WEB,<br>VENMO PAYMENT ****296842936 | 3,000.00 | | 8,068.88 |
| 01/02 | ACH DEBIT,<br>CEASTUDYABROAD 4 WEBPAY ****01803343301 | 6,165.00 | | 1,903.88 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JESSICA ROSENTHAL
CHAD ROSENTHAL

| | |
|---|---|
| Page: | 7 of 12 |
| Statement Period: | Dec 18 2025-Jan 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

---

**ACCOUNT ACTIVITY**

**Transactions by Date (continued)**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 01/02 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 50.00 | | 1,853.88 |
| 01/02 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 100.00 | | 1,753.88 |
| 01/02 | eTransfer Debit, Online Xfer<br>Transfer to CK 4433560384 | 50.00 | | 1,703.88 |
| 01/02 | INTL TXN FEE, INTL TXN FEE | 0.79 | | 1,703.09 |
| 01/02 | INTL TXN FEE, INTL TXN FEE | 0.94 | | 1,702.15 |
| 01/02 | INTL TXN FEE, INTL TXN FEE | 5.69 | | 1,696.46 |
| 01/05 | MOBILE DEPOSIT | | 2,500.00 | 4,196.46 |
| 01/05 | DBCRD PUR AP, *****30198464919<br>AUT 010226 VISA DDA PUR AP<br>UBER   EATS          HELP UBER COM * CA | 27.64 | | 4,168.82 |
| 01/05 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 50.00 | | 4,118.82 |
| 01/05 | DBCRD PUR AP, *****30198464919<br>AUT 010426 VISA DDA PUR AP<br>ANTHONYS COAL FIRED PI     ORDER ACFP CO * PA | 62.88 | | 4,055.94 |
| 01/05 | ELECTRONIC PMT-WEB,<br>CHASE CREDIT CRD EPAY ****594334 | 500.00 | | 3,555.94 |
| 01/05 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 50.00 | | 3,505.94 |
| 01/06 | ELECTRONIC PMT-WEB,<br>BARCLAYCARD US CREDITCARD ****569599 | 1,600.00 | | 1,905.94 |
| 01/07 | DBCRD PUR AP, *****30198464919<br>AUT 010626 VISA DDA PUR AP<br>NJ 0712  MILLBURN TWP MU    NEWJERSEY GOV * NJ | 51.50 | | 1,854.44 |
| 01/07 | DBCRD PUR AP, *****30198464919<br>AUT 010626 VISA DDA PUR AP<br>NJ 0712  MILLBURN TWP MU    NEWJERSEY GOV * NJ | 66.95 | | 1,787.49 |
| 01/07 | DBCRD PUR AP, *****30198464919<br>AUT 010626 VISA DDA PUR AP<br>KURINJI INDIAN CUISINE     KURINJIPA COM * PA | 77.02 | | 1,710.47 |
| 01/07 | TD BILL PAY SERV,<br>BUCKSCOUNTYWATER ONLINE PMT TDB****91306POS | 64.24 | | 1,646.23 |
| 01/07 | TD BILL PAY SERV,<br>PECO ENERGY ONLINE PMT TDB****91306POS | 438.51 | | 1,207.72 |
| 01/07 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 50.00 | | 1,157.72 |
| 01/07 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 50.00 | | 1,107.72 |
| 01/08 | DBCRD PUR AP, *****30198464919<br>AUT 010726 VISA DDA PUR AP<br>KLARNA ANTHROPOLOGIE     COLUMBUS     * OH | 89.52 | | 1,018.20 |

---

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JESSICA ROSENTHAL
CHAD ROSENTHAL

| | |
|---|---|
| Page: | 8 of 12 |
| Statement Period: | Dec 18 2025-Jan 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

---

## ACCOUNT ACTIVITY

### Transactions by Date (continued)

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 01/08 | DBCRD PUR AP, *****30198464919<br>AUT 010726 VISA DDA PUR AP<br>AMC 0670 CINEMA 9        SPRING HOUSE  * PA | 14.55 | | 1,003.65 |
| 01/08 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 25.00 | | 978.65 |
| 01/08 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 50.00 | | 928.65 |
| 01/08 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 40.00 | | 888.65 |
| 01/09 | DBCRD PUR AP, *****30198464919<br>AUT 010726 VISA DDA PUR AP<br>CHICK FIL A  04364        HORSHAM      * PA | 10.17 | | 878.48 |
| 01/09 | DBCRD PUR AP, *****30198464919<br>AUT 010826 VISA DDA PUR AP<br>UBER   EATS         HELP UBER COM * CA | 66.99 | | 811.49 |
| 01/09 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 50.00 | | 761.49 |
| 01/12 | DBCRD PUR AP, *****30198464919<br>AUT 010926 VISA DDA PUR AP<br>TST ALOHA SMOOTHIE COMPA    AMBLER      * PA | 22.20 | | 739.29 |
| 01/12 | DBCRD PUR AP, *****30198464919<br>AUT 010926 VISA DDA PUR AP<br>CHICK FIL A  04364        HORSHAM      * PA | 38.08 | | 701.21 |
| 01/12 | DBCRD PUR AP, *****30198464919<br>AUT 010926 VISA DDA PUR AP<br>MCDONALD S F4225        DRESHER      * PA | 11.42 | | 689.79 |
| 01/12 | DBCRD PUR AP, *****30198464919<br>AUT 011026 VISA DDA PUR AP<br>TST  SC4            DRESHER      * PA | 51.04 | | 638.75 |
| 01/12 | DBCRD PUR AP, *****30198464919<br>AUT 011026 VISA DDA PUR AP<br>ASADS HOT CHICKEN        LIMEKILN PIKE * PA | 9.71 | | 629.04 |
| 01/12 | DBCRD PUR AP, *****30198464919<br>AUT 011026 VISA DDA PUR AP<br>SQ  CHILL ON THE HILL      PHILADELPHIA  * PA | 5.32 | | 623.72 |
| 01/12 | DBCRD PUR AP, *****30198464919<br>AUT 011026 VISA DDA PUR AP<br>426  INSOMNIA COOKIE     DRESHER      * PA | 4.99 | | 618.73 |
| 01/12 | DBCRD PUR AP, *****30198464919<br>AUT 011126 VISA DDA PUR AP<br>MGM BETMGM CR   DB      JERSEY CITY  * NJ | 10.00 | | 608.73 |
| 01/12 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 50.00 | | 558.73 |
| 01/12 | ELECTRONIC PMT-WEB,<br>VENMO PAYMENT ****507347072 | 120.00 | | 438.73 |
| 01/13 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 40.00 | | 398.73 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JESSICA ROSENTHAL
CHAD ROSENTHAL

| | |
|---|---|
| Page: | 9 of 12 |
| Statement Period: | Dec 18 2025-Jan 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

---

**ACCOUNT ACTIVITY**

**Transactions by Date (continued)**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 01/13 | DEBIT POS AP, *****30198464919<br>AUT 011326 DDA PURCHASE AP<br>GIANT  6513 1925 NORRI     MAPLE GLEN    * PA | 26.44 | | 372.29 |
| 01/14 | DBCRD PUR AP, *****30016869307<br>AUT 011226 VISA DDA PUR AP<br>DD  DOORDASH TASTEOFOR     DOORDASH COM  * CA | 18.02 | | 354.27 |
| 01/14 | DBCRD PUR AP, *****30198464919<br>AUT 011326 VISA DDA PUR AP<br>PRIME VIDEO CHANNELS        AMZN COM BILL * WA | 13.77 | | 340.50 |
| 01/14 | DEBIT POS AP, *****30198464919<br>AUT 011426 DDA PURCHASE AP<br>CVS PHARMACY  02 02496     MAPLE GLEN    * PA | 6.35 | | 334.15 |
| 01/15 | ACH DEPOSIT, CLEAR PEO, LLC PAYROLL 001934 | | 3,321.09 | 3,655.24 |
| 01/15 | DBCRD PUR AP, *****30016869307<br>AUT 011426 VISA DDA PUR AP<br>DD  DOORDASH TACOBELL      DOORDASH COM  * CA | 17.39 | | 3,637.85 |
| 01/15 | DEBIT TRANSFER, IC AM PYMT<br>TRANSFER TO LOANS        94004000000001000002039915 | 16.08 | | 3,621.77 |
| 01/16 | TD ZELLE RECEIVED,<br>601600L05B1F Zelle JESSICA ROSENTHAL | | 2,500.00 | 6,121.77 |
| 01/16 | DBCRD PUR AP, *****30198464919<br>AUT 011526 VISA DDA PUR AP<br>SQ  TOYOSU SUSHI  POKE     GOSQ COM      * PA | 11.61 | | 6,110.16 |
| 01/16 | DBCRD PUR AP, *****30198464919<br>AUT 011526 VISA DDA PUR AP<br>SQ  TOYOSU SUSHI  POKE    LAFAYETTE HIL * PA | 4.19 | | 6,105.97 |
| 01/16 | DBCRD PUR AP, *****30198464919<br>AUT 011526 VISA DDA PUR AP<br>COLLEGEBOARD SAT ONLN     212 7137789   * NY | 68.00 | | 6,037.97 |
| 01/16 | ELECTRONIC PMT-WEB,<br>VENMO PAYMENT ****632949382 | 10.00 | | 6,027.97 |
| 01/16 | ACH DEBIT, FARMERS INS EFT PYMT ****6534231 | 56.58 | | 5,971.39 |
| 01/16 | ACH DEBIT, FARMERS INS EFT PYMT ****2133297 | 451.00 | | 5,520.39 |
| 01/16 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 40.00 | | 5,480.39 |

---

**Checks Paid**    No. Checks: 1    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 12/22 | 3200 | 59.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


## Bank
America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JESSICA ROSENTHAL
CHAD ROSENTHAL

| | |
|---|---|
| Page: | 10 of 12 |
| Statement Period: | Dec 18 2025-Jan 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

---

**INTEREST SUMMARY**

| | |
|---|---|
| Beginning Interest Rate | 0.00% |
| Number of days in this Statement Period | 31 |
| Interest Earned this Statement Period | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Interest Paid Year to date | 0.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JESSICA ROSENTHAL
CHAD ROSENTHAL

| | |
|---|---|
| Page: | 11 of 12 |
| Statement Period: | Dec 18 2025-Jan 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

## Important Information About Your TD Convenience Checking Account

We regularly review our product offerings and make adjustments as necessary. Today, we're writing to let you know about an important upcoming change that will affect your TD Convenience Checking account.

**On January 4, 2026, the minimum daily balance required to waive the monthly maintenance fee on your TD Convenience Checking account will increase from $100 to $250. The monthly maintenance fee on your Convenience Checking will remain at $15. This means that beginning January 4, 2026 and each month thereafter, you must maintain a minimum daily balance of at least $250 in your Convenience Checking account to avoid a $15 monthly maintenance fee.[1]**

**Important:** We have other checking accounts available that offer either lower monthly maintenance fees or other ways to waive such fees with qualifying activities. One of these other checking accounts may better suit you or result in less fees, depending on your needs, preferences and circumstances. Please see below for more information about these available products or visit td.com/checking to learn more.

If you would like to discuss your options for avoiding monthly maintenance fees, call us 24/7 at 1-866-710-7440, send us a secure message or book an appointment at a TD Bank near you.

| TD Checking Account Type | Monthly Maintenance Fee | Ways to Waive the Monthly Maintenance Fee |
|---|---|---|
| TD Complete Checking | $15 | One of the following applies:<br>• **Direct deposits**<br>Receive $500 or more in direct deposits within a statement cycle; or<br>• **Minimum daily balance**<br>Maintain a minimum daily balance of $500; or<br>• **Relationship account balance**<br>Have a $5,000 minimum daily combined balance across all personal deposit accounts that you choose to link.[2] |
| TD Beyond Checking | $25 | One of the following applies:<br>• **Direct deposits**<br>Have $5,000 or more in direct deposits within a statement cycle; or<br>• **Minimum daily balance**<br>Maintain a minimum  daily balance of $2,500; or<br>• **Relationship account balance**<br>Have a $25,000 minimum daily combined balance across eligible TD personal accounts[3] you choose to link. |
| TD Essential Banking[4] | $4.95 | The primary account holder is 13 through 17 years of age.[5] Otherwise, a $4.95 maintenance fee will be charged each month. |

 **Bank**

America's Most Convenient Bank®

**Member FDIC, TD Bank, N.A.**          **1-888-751-9000 | tdbank.com**                                              **(07/25)**

[1]However, the monthly maintenance fee is waived if the Primary account holder is age 17 through 23 years of age. Upon the primary account holder's 24th birthday, the account is subject to the monthly maintenance fee unless the minimum daily balance is maintained.

[2]You must inform us of which TD Bank products you want to designate to be linked to meet any combined balance requirements. We do not link accounts for you. When linked, all balances are reviewed daily to determine eligibility. When an existing linked TD Bank product is closed and a new TD Bank product is opened to replace the existing one, TD does not automatically link accounts on your behalf.

[3]Combined balances to waive the monthly maintenance fee for TD Beyond Checking Accounts include aggregate balance across a customer's personal deposit accounts, all outstanding home equity loan and home equity line of credit accounts, and/or mortgages that you choose to link.

[4]Overdraft Services do not apply to TD Essential Banking Accounts. We may decline or return transactions that would result in an overdraft. Transactions that you make may cause your account to overdraw but we will not assess your TD Essential Banking account an overdraft fee. For example, preauthorized transactions and other transactions may post to your Account even when the balance in your account is not sufficient to pay the transaction.

[5]Upon the primary account holder's 18th birthday, the account will be subject to the monthly maintenance fee.

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**

America's Most Convenient Bank®

JESSICA ROSENTHAL
CHAD ROSENTHAL

STATEMENT OF ACCOUNT

| | |
|---|---|
| Page: | 12 of 12 |
| Statement Period: | Dec 18 2025-Jan 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

#3200        12/22        $59.00