# TD Bank

**America's Most Convenient Bank®**

E    **STATEMENT OF ACCOUNT**

JESSICA ROSENTHAL
CHAD ROSENTHAL
1066 BELL LN
MAPLE GLEN PA  19002-2951

| | |
|---|---|
| Page: | 1 of 10 |
| Statement Period: | Jan 18 2026-Feb 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

## TD Convenience Checking

JESSICA ROSENTHAL
CHAD ROSENTHAL

Account # 00-2039915

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---:|
| Statement Balance as of 01/18 | | | 5,480.39 |
| Plus | 21 | Deposits and Other Credits | 19,362.97 |
| Less | 125 | Checks and Other Debits | 24,793.36 |
| Statement Balance as of 02/17 | | | 50.00 |

| | Total for this cycle | Total Year to Date |
|---|---:|---:|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---:|---:|---:|
| 01/20 | CREDIT FUNDING, OVERDRAFT PROTECTION FROM 9400400000000001000002039915 | | 106.95 | 5,587.34 |
| 01/20 | DEPOSIT | | 3,000.00 | 8,587.34 |
| 01/20 | DBCRD PUR AP, *****30198464919 AUT 011526 VISA DDA PUR AP TST  FEDERAL DONUTS   CO   CONSHOHOCKEN  * PA | 22.14 | | 8,565.20 |
| 01/20 | DBCRD PUR AP, *****30198464919 AUT 011526 VISA DDA PUR AP AMAZON MKTPL ID4RK77K3     AMZN COM BILL * WA | 80.28 | | 8,484.92 |
| 01/20 | DBCRD PUR AP, *****30198464919 AUT 011526 VISA DDA PUR AP 426  INSOMNIA COOKIE    DRESHER      * PA | 4.99 | | 8,479.93 |
| 01/20 | DBCRD PUR AP, *****30198464919 AUT 011626 VISA DDA PUR AP AMAZON RETA  RP7H72VX3     WWW  AMAZON CO * WA | 62.24 | | 8,417.69 |
| 01/20 | DBCRD PUR AP, *****30198464919 AUT 011626 VISA DDA PUR AP CHICK FIL A  04364        HORSHAM      * PA | 12.25 | | 8,405.44 |
| 01/20 | DBCRD PUR AP, *****30198464919 AUT 011726 VISA DDA PUR AP CHICK FIL A  04364        HORSHAM      * PA | 10.59 | | 8,394.85 |
| 01/20 | eTransfer Debit, Online Xfer Transfer to CK 4367512740 | 175.00 | | 8,219.85 |
| 01/20 | DEBIT POS AP, *****30198464919 AUT 011726 DDA PURCHASE AP CVS PHARMACY  02496        MAPLE GLEN    * PA | 51.75 | | 8,168.10 |
| 01/20 | DBCRD PUR AP, *****30198464919 AUT 011726 VISA DDA PUR AP VERIZON WRLS 04283 01     ABINGTON      * PA | 322.20 | | 7,845.90 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ❶ Ending Balance | | 50.00 |
| ❷ Total Deposits | + | |
| ❸ Sub Total | | |
| ❹ Total Withdrawals | - | |
| ❺ Adjusted Balance | | |

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.


## TD Bank
### America's Most Convenient Bank®

JESSICA ROSENTHAL
CHAD ROSENTHAL

| | |
|---|---|
| Page: | 3 of 10 |
| Statement Period: | Jan 18 2026-Feb 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

---

## ACCOUNT ACTIVITY

### Transactions by Date (continued)

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 01/20 | DEBIT POS AP, *****30198464919<br>AUT 011726 DDA PURCHASE AP<br>WILLOW GROVE LIB      WILLOW  GROVE  * PA | 40.00 | | 7,805.90 |
| 01/20 | DEBIT POS AP, *****30198464919<br>AUT 011726 DDA PURCHASE AP<br>THE FRESH MARKET 108      HORSHAM     * PA | 76.72 | | 7,729.18 |
| 01/20 | DBCRD PUR AP, *****30198464919<br>AUT 011726 VISA DDA PUR AP<br>PY  THE HALAL GUYS      WILLOW  GROVE  * PA | 23.69 | | 7,705.49 |
| 01/20 | DBCRD PUR AP, *****30198464919<br>AUT 011826 VISA DDA PUR AP<br>PY  PRIMO HOAGIES  DRES   DRESHER     * PA | 22.13 | | 7,683.36 |
| 01/20 | DBCRD PUR AP, *****30016869307<br>AUT 011826 VISA DDA PUR AP<br>DD  DOORDASH WINGSTOP     DOORDASH COM  * CA | 24.46 | | 7,658.90 |
| 01/20 | DEBIT POS AP, *****30198464919<br>AUT 011926 DDA PURCHASE AP<br>DSW UPPER DUBLIN 3638 WE    WILLOW  GROVE  * PA | 165.95 | | 7,492.95 |
| 01/20 | DEBIT POS AP, *****30198464919<br>AUT 011926 DDA PURCHASE AP<br>H M  0124WILLOW  GROVE     WILLOW  GROVE  * PA | 234.02 | | 7,258.93 |
| 01/20 | DBCRD PUR AP, *****30198464919<br>AUT 011926 VISA DDA PUR AP<br>CHARLEYS PHILLY STEAKS 5   WILLOW  GROVE  * PA | 30.92 | | 7,228.01 |
| 01/20 | DBCRD PUR AP, *****30198464919<br>AUT 011926 VISA DDA PUR AP<br>SQ  POKE IT UP          WILLOW  GROVE  * PA | 16.38 | | 7,211.63 |
| 01/20 | DBCRD PUR AP, *****30198464919<br>AUT 011926 VISA DDA PUR AP<br>AMAZON MKTPL 3O09E0QO3      AMZN COM BILL * WA | 21.06 | | 7,190.57 |
| 01/20 | DEBIT POS AP, *****30198464919<br>AUT 011926 DDA PURCHASE AP<br>MACY S     054 2500 MOR   WILLOW  GROVE  * PA | 107.00 | | 7,083.57 |
| 01/20 | DEBIT POS AP, *****30198464919<br>AUT 011926 DDA PURCHASE AP<br>THE FRESH MARKET 108      HORSHAM      * PA | 53.95 | | 7,029.62 |
| 01/20 | ACH DEBIT,<br>ACI SERVICE FEE SERVICEFEE ****01809390714 | 0.75 | | 7,028.87 |
| 01/20 | ACH DEBIT,<br>CEASTUDYABROAD 4 WEBPAY ****01809390721 | 2,500.00 | | 4,528.87 |
| 01/20 | ACH DEBIT, CHASEHOMEFINANCE LN PMT ****652046 | 3,511.97 | | 1,016.90 |
| 01/21 | ACH DEBIT, COMCAST-XFINITY CABLE SVCS 7268355 | 392.89 | | 624.01 |
| 01/21 | ELECTRONIC PMT-WEB,<br>TRAVELERS PER INSUR 7481824 | 18.83 | | 605.18 |
| 01/21 | ELECTRONIC PMT-WEB,<br>BLOOMINGDALES ONLINE PMT ****98497630385 | 100.00 | | 505.18 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JESSICA ROSENTHAL
CHAD ROSENTHAL

| | |
|---|---|
| Page: | 4 of 10 |
| Statement Period: | Jan 18 2026-Feb 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

---

## ACCOUNT ACTIVITY

**Transactions by Date (continued)**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 01/22 | DEBIT CARD CREDIT, *****30198464919<br>AUT 011926 VISA DDA REF<br>DSW UPPER DUBLIN        WILLOW GROVE  * PA | | 4.00 | 509.18 |
| 01/22 | ATM CASH DEPOSIT, *****30198464919<br>AUT 012226 ATM CASH DEPOSIT<br>502 RIDGE PIKE        CONSHOHOCKEN  * PA | | 100.00 | 609.18 |
| 01/22 | DBCRD PUR AP, *****30198464919<br>AUT 012126 VISA DDA PUR AP<br>SS SAILY  SAILY        WWW  SAILY COM * DE | 68.39 | | 540.79 |
| 01/22 | DBCRD PUR AP, *****30198464919<br>AUT 012126 VISA DDA PUR AP<br>TST LANCERS DINER        HORSHAM        * PA | 24.35 | | 516.44 |
| 01/22 | DBCRD PUR AP, *****30198464919<br>AUT 012126 VISA DDA PUR AP<br>CHIPOTLE 2571        FORT WASHINGT * PA | 34.19 | | 482.25 |
| 01/22 | DEBIT POS AP, *****30198464919<br>AUT 012226 DDA PURCHASE AP<br>WHOLEFDS PLM 102 500 W G    PLYMOUTH MEET * PA | 150.46 | | 331.79 |
| 01/23 | TD ZELLE RECEIVED,<br>602300J0756O Zelle JESSICA ROSENTHAL | | 1,500.00 | 1,831.79 |
| 01/23 | DBCRD PUR AP, *****30198464919<br>AUT 012226 VISA DDA PUR AP<br>LUKOIL 69725        PLYMOUTH MTNG * PA | 25.04 | | 1,806.75 |
| 01/23 | NONTD ATM DB AP, *****30198464919<br>AUT 012326 DDA WITHDRAW AP<br>WELLS FARGO BANK        MAPLE GLEN    * PA | 43.00 | | 1,763.75 |
| 01/23 | DEBIT POS AP, *****30198464919<br>AUT 012326 DDA PURCHASE AP<br>GIANT  6513 1925 NORRI    MAPLE GLEN    * PA | 35.19 | | 1,728.56 |
| 01/23 | NONTD ATM FEE, NONTD ATM FEE | 3.00 | | 1,725.56 |
| 01/26 | eTransfer Credit, Online Xfer<br>Transfer from CK 4367512740 | | 93.00 | 1,818.56 |
| 01/26 | TD ZELLE RECEIVED,<br>602600E01GNG Zelle JESSICA ROSENTHAL | | 2,500.00 | 4,318.56 |
| 01/26 | DBCRD PUR AP, *****30198464919<br>AUT 012326 VISA DDA PUR AP<br>TST LANCERS DINER        HORSHAM        * PA | 22.23 | | 4,296.33 |
| 01/26 | DBCRD PUR AP, *****30198464919<br>AUT 012326 VISA DDA PUR AP<br>TST STOTESBURY        WYNDMOOR      * PA | 53.99 | | 4,242.34 |
| 01/26 | DBCRD PUR AP, *****30198464919<br>AUT 012326 VISA DDA PUR AP<br>MCDONALD S F4225        DRESHER      * PA | 8.88 | | 4,233.46 |
| 01/26 | DBCRD PUR AP, *****30198464919<br>AUT 012426 VISA DDA PUR AP<br>WINE AND SPIRITS 4659    DRESHER      * PA | 49.79 | | 4,183.67 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


## TD Bank
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JESSICA ROSENTHAL
CHAD ROSENTHAL

| | |
|---|---|
| Page: | 5 of 10 |
| Statement Period: | Jan 18 2026-Feb 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

---

**ACCOUNT ACTIVITY**

**Transactions by Date (continued)**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 01/26 | DBCRD PUR AP, *****30198464919<br>AUT 012426 VISA DDA PUR AP<br>WEAVERS WAY COOP AMBLER     AMBLER      * PA | 3.99 | | 4,179.68 |
| 01/26 | DBCRD PUR AP, *****30198464919<br>AUT 012426 VISA DDA PUR AP<br>426  INSOMNIA COOKIE     DRESHER     * PA | 7.98 | | 4,171.70 |
| 01/26 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 100.00 | | 4,071.70 |
| 01/26 | ACH DEBIT,<br>ACI SERVICE FEE SERVICEFEE ****01811385297 | 0.75 | | 4,070.95 |
| 01/26 | ELECTRONIC PMT-WEB,<br>VENMO PAYMENT ****823442251 | 70.00 | | 4,000.95 |
| 01/26 | ELECTRONIC PMT-WEB,<br>VENMO PAYMENT ****809228501 | 120.00 | | 3,880.95 |
| 01/26 | ACH DEBIT,<br>CEASTUDYABROAD 4 WEBPAY ****01811385303 | 1,515.00 | | 2,365.95 |
| 01/26 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 250.00 | | 2,115.95 |
| 01/27 | INTL DBCD PUR AP, *****30016869307<br>AUT 012626 INTL DDA PUR AP<br>UBER   TRIP          HELP UBER COM G BR | 21.92 | | 2,094.03 |
| 01/27 | DBCRD PUR AP, *****30198464919<br>AUT 012626 VISA DDA PUR AP<br>CHIPOTLE 2571          FORT WASHINGT * PA | 25.02 | | 2,069.01 |
| 01/27 | DBCRD PUR AP, *****30198464919<br>AUT 012626 VISA DDA PUR AP<br>WAWA 8060            FORT WASHINGT * PA | 12.66 | | 2,056.35 |
| 01/27 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 100.00 | | 1,956.35 |
| 01/27 | INTL TXN FEE, INTL TXN FEE | 0.66 | | 1,955.69 |
| 01/28 | INTL DBCD PUR AP, *****30016869307<br>AUT 012626 INTL DDA PUR AP<br>UBER   TRIP          HELP UBER COM G BR | 25.99 | | 1,929.70 |
| 01/28 | INTL DBCD PUR AP, *****30016869307<br>AUT 012626 INTL DDA PUR AP<br>UBER   ONE MEMBERSHIP     UBER COM BILL G BR | 6.84 | | 1,922.86 |
| 01/28 | DBCRD PUR AP, *****30198464919<br>AUT 012726 VISA DDA PUR AP<br>WAWA 8101            MONTGOMERYVIL * PA | 7.89 | | 1,914.97 |
| 01/28 | DBCRD PUR AP, *****30198464919<br>AUT 012726 VISA DDA PUR AP<br>TARGET     00011965     WARRINGTON   * PA | 5.98 | | 1,908.99 |
| 01/28 | DBCRD PUR AP, *****30198464919<br>AUT 012726 VISA DDA PUR AP<br>GEORGES MARKET AT DRESHE    DRESHER      * PA | 35.27 | | 1,873.72 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**TD Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JESSICA ROSENTHAL
CHAD ROSENTHAL

| | |
|---|---|
| Page: | 6 of 10 |
| Statement Period: | Jan 18 2026-Feb 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

---

## ACCOUNT ACTIVITY

**Transactions by Date (continued)**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 01/28 | DEBIT POS AP, *****30198464919<br>AUT 012826 DDA PURCHASE AP<br>WHOLEFDS PLM 102 500 W G   PLYMOUTH MEET * PA | 34.77 | | 1,838.95 |
| 01/28 | INTL TXN FEE, INTL TXN FEE | 0.21 | | 1,838.74 |
| 01/28 | INTL TXN FEE, INTL TXN FEE | 0.78 | | 1,837.96 |
| 01/29 | ACH DEPOSIT, CLEAR PEO, LLC PAYROLL 001973 | | 3,321.08 | 5,159.04 |
| 01/29 | DBCRD PUR AP, *****30198464919<br>AUT 012826 VISA DDA PUR AP<br>WAWA 8060          FORT WASHINGT * PA | 11.97 | | 5,147.07 |
| 01/29 | DBCRD PUR AP, *****30198464919<br>AUT 012826 VISA DDA PUR AP<br>WAWA 8156              HORSHAM      * PA | 3.69 | | 5,143.38 |
| 01/29 | DBCRD PMT AP, *****30198464919<br>AUT 012826 VISA DDA PUR AP<br>SPOTIFY P3ED5BCC89        NEW YORK      * NY | 21.19 | | 5,122.19 |
| 01/29 | DBCRD PMT AP, *****30016869307<br>AUT 012926 VISA DDA PUR AP<br>PWRBLD GYM KOP          PWRBLDGYM COM * PA | 3.22 | | 5,118.97 |
| 01/29 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 50.00 | | 5,068.97 |
| 01/30 | MOBILE DEPOSIT | | 2,500.00 | 7,568.97 |
| 01/30 | DBCRD PUR AP, *****30198464919<br>AUT 012826 VISA DDA PUR AP<br>FIVE GUYS PA 2129 QSR      WILLOW  GROVE  * PA | 6.78 | | 7,562.19 |
| 01/30 | DBCRD PUR AP, *****30198464919<br>AUT 012926 VISA DDA PUR AP<br>WAWA 8060          FORT WASHINGT * PA | 2.49 | | 7,559.70 |
| 01/30 | ELECTRONIC PMT-WEB,<br>APPFOLIO, INC. F WEB PMTS K15WT5 | 2.49 | | 7,557.21 |
| 01/30 | ELECTRONIC PMT-WEB,<br>NORTHSTEPPE REAL WEB PMTS XBC67F | 1,250.00 | | 6,307.21 |
| 01/30 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 115.00 | | 6,192.21 |
| 02/02 | DBCRD PUR AP, *****30198464919<br>AUT 013026 VISA DDA PUR AP<br>AMH JEFF HEALTH          2154815673    * PA | 200.00 | | 5,992.21 |
| 02/02 | DBCRD PUR AP, *****30198464919<br>AUT 013026 VISA DDA PUR AP<br>GAP COM              800 427 7895  * CA | 6.87 | | 5,985.34 |
| 02/02 | DBCRD PUR AP, *****30198464919<br>AUT 013026 VISA DDA PUR AP<br>ANDAAS NAILS   SPA        HORSHAM      * PA | 22.00 | | 5,963.34 |
| 02/02 | DBCRD PUR AP, *****30198464919<br>AUT 013026 VISA DDA PUR AP<br>WAWA 8156              HORSHAM      * PA | 9.68 | | 5,953.66 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender



## TD Bank
### America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JESSICA ROSENTHAL
CHAD ROSENTHAL

| | |
|---|---|
| Page: | 7 of 10 |
| Statement Period: | Jan 18 2026-Feb 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

---

## ACCOUNT ACTIVITY

### Transactions by Date (continued)

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|------|-------------|-------|--------|---------|
| 02/02 | DBCRD PUR AP, *****30198464919<br>AUT 013026 VISA DDA PUR AP<br>CHICK FIL A  04364        HORSHAM      * PA | 12.25 | | 5,941.41 |
| 02/02 | DBCRD PUR AP, *****30198464919<br>AUT 013026 VISA DDA PUR AP<br>WAWA  8060            FORT WASHINGT * PA | 6.58 | | 5,934.83 |
| 02/02 | DBCRD PUR AP, *****30198464919<br>AUT 013126 VISA DDA PUR AP<br>COLLEGE AID PROFESSI     610 6319977   * PA | 2,060.00 | | 3,874.83 |
| 02/02 | DBCRD PUR AP, *****30198464919<br>AUT 013126 VISA DDA PUR AP<br>STARBUCKS 65276        FORT WASHINGT * PA | 16.59 | | 3,858.24 |
| 02/02 | DBCRD PUR AP, *****30198464919<br>AUT 013126 VISA DDA PUR AP<br>TAKE 5 SHOP 1772        JENKINTOWN    * PA | 102.52 | | 3,755.72 |
| 02/02 | DBCRD PUR AP, *****30198464919<br>AUT 013126 VISA DDA PUR AP<br>LUKOIL 69235          WILLOW  GROVE  * PA | 44.70 | | 3,711.02 |
| 02/02 | DEBIT POS AP, *****30198464919<br>AUT 013126 DDA PURCHASE AP<br>THE FRESH MARKET 108      HORSHAM      * PA | 91.47 | | 3,619.55 |
| 02/02 | DEBIT POS AP, *****30198464919<br>AUT 013126 DDA PURCHASE AP<br>CVS PHARMACY  02496      MAPLE GLEN    * PA | 83.16 | | 3,536.39 |
| 02/02 | DBCRD PUR AP, *****30198464919<br>AUT 013126 VISA DDA PUR AP<br>CVS PHARMACY  02496      MAPLE GLEN    * PA | 37.65 | | 3,498.74 |
| 02/02 | DBCRD PUR AP, *****30198464919<br>AUT 013126 VISA DDA PUR AP<br>DOGS   CATS RULE MAPLE G   MAPLE GLEN   * PA | 37.39 | | 3,461.35 |
| 02/02 | DBCRD PUR AP, *****30198464919<br>AUT 020126 VISA DDA PUR AP<br>GAP COM            800 427 7895 * CA | 46.61 | | 3,414.74 |
| 02/02 | DBCRD PUR AP, *****30198464919<br>AUT 020126 VISA DDA PUR AP<br>TST  PARIS BAGUETTE 4521    DRESHER      * PA | 22.80 | | 3,391.94 |
| 02/02 | DBCRD PUR AP, *****30198464919<br>AUT 020126 VISA DDA PUR AP<br>WAWA  8156           HORSHAM      * PA | 6.18 | | 3,385.76 |
| 02/02 | ELECTRONIC PMT-WEB,<br>DOF PARKING OPS DOF MOBAPP C     ****36872 | 115.00 | | 3,270.76 |
| 02/02 | ELECTRONIC PMT-WEB,<br>VENMO PAYMENT ****956539724 | 1,128.80 | | 2,141.96 |
| 02/02 | DEBIT POS AP, *****30198464919<br>AUT 020226 DDA PURCHASE AP<br>USPS PO 4128600034       FORT WASHINGT * PA | 27.76 | | 2,114.20 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

JESSICA ROSENTHAL
CHAD ROSENTHAL

| | |
|---|---|
| Page: | 8 of 10 |
| Statement Period: | Jan 18 2026-Feb 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

---

## ACCOUNT ACTIVITY

**Transactions by Date (continued)**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 02/02 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 200.00 | | 1,914.20 |
| 02/03 | TD ZELLE RECEIVED,<br>603400M0447D Zelle JESSICA ROSENTHAL | | 1,000.00 | 2,914.20 |
| 02/03 | DBCRD PUR AP, *****30198464919<br>AUT 020126 VISA DDA PUR AP<br>RAISING CANES 0952      WILLOW  GROVE  * PA | 3.06 | | 2,911.14 |
| 02/03 | INTL DBCD PUR AP, *****30198464919<br>AUT 020226 INTL DDA PUR AP<br>RAIL EUROPE  RE 2H4CPM     RAILEUROPE CO F RA | 522.45 | | 2,388.69 |
| 02/03 | ELECTRONIC PMT-TEL,<br>PENTAGON FEDERAL TRNSFR DR ****33935408816 | 565.00 | | 1,823.69 |
| 02/03 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 70.00 | | 1,753.69 |
| 02/03 | INTL TXN FEE, INTL TXN FEE | 15.67 | | 1,738.02 |
| 02/04 | DEPOSIT | | 3,000.00 | 4,738.02 |
| 02/04 | DBCRD PUR AP, *****30198464919<br>AUT 020226 VISA DDA PUR AP<br>CHICK FIL A  04364      HORSHAM     * PA | 10.28 | | 4,727.74 |
| 02/04 | DBCRD PUR AP, *****30198464919<br>AUT 020326 VISA DDA PUR AP<br>STARBUCKS 8007827282     800 782 7282 * WA | 25.00 | | 4,702.74 |
| 02/04 | DBCRD PUR AP, *****30198464919<br>AUT 020326 VISA DDA PUR AP<br>SALADWORKSCATERING      RESTAURANTS S * PA | 15.63 | | 4,687.11 |
| 02/04 | ELECTRONIC PMT-WEB,<br>AMEX EPAYMENT ACH PMT W2166 | 1,000.00 | | 3,687.11 |
| 02/04 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 350.00 | | 3,337.11 |
| 02/04 | DEBIT POS AP, *****30198464919<br>AUT 020426 DDA PURCHASE AP<br>GIANT  6513 1925 NORRI     MAPLE GLEN    * PA | 64.27 | | 3,272.84 |
| 02/05 | DBCRD PUR AP, *****30198464919<br>AUT 020426 VISA DDA PUR AP<br>SQ  TOYOSU SUSHI   POKE    GOSQ COM     * PA | 13.25 | | 3,259.59 |
| 02/05 | DBCRD PUR AP, *****30198464919<br>AUT 020426 VISA DDA PUR AP<br>KURINJI INDIAN CUISINE    KURINJIPA COM * PA | 35.37 | | 3,224.22 |
| 02/05 | DBCRD PUR AP, *****30198464919<br>AUT 020426 VISA DDA PUR AP<br>WAWA  8156             HORSHAM      * PA | 3.79 | | 3,220.43 |
| 02/05 | eTransfer Debit, Online Xfer<br>Transfer to 01000002039915 | 50.00 | | 3,170.43 |
| 02/06 | DBCRD PUR AP, *****30198464919<br>AUT 020426 VISA DDA PUR AP<br>CHICK FIL A  04364      HORSHAM     * PA | 10.59 | | 3,159.84 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

JESSICA ROSENTHAL
CHAD ROSENTHAL

| | |
|---|---|
| Page: | 9 of 10 |
| Statement Period: | Jan 18 2026-Feb 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

---

## ACCOUNT ACTIVITY

**Transactions by Date (continued)**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 02/06 | DBCRD PUR AP, *****30198464919<br>AUT 020526 VISA DDA PUR AP<br>E Z PASSNY TOLLBYMAIL    800 333 8655  * NY | 13.50 | | 3,146.34 |
| 02/06 | DBCRD PUR AP, *****30198464919<br>AUT 020526 VISA DDA PUR AP<br>EVERWASH UNLIMITED     CONSHOHOCKEN  * PA | 20.00 | | 3,126.34 |
| 02/06 | DBCRD PUR AP, *****30198464919<br>AUT 020526 VISA DDA PUR AP<br>UNLIMITED MEMBERS CA     WWW  TOPTIPPER * PA | 5.96 | | 3,120.38 |
| 02/06 | ELECTRONIC PMT-WEB,<br>BLOOMINGDALES ONLINE PMT ****27968435622 | 100.00 | | 3,020.38 |
| 02/06 | ELECTRONIC PMT-WEB,<br>BARCLAYCARD US CREDITCARD ****522795 | 900.00 | | 2,120.38 |
| 02/06 | DEBIT POS AP, *****30198464919<br>AUT 020626 DDA PURCHASE AP<br>GIANT  6513 1925 NORRI    MAPLE GLEN    * PA | 64.12 | | 2,056.26 |
| 02/06 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 100.00 | | 1,956.26 |
| 02/09 | CREDIT FUNDING,<br>OVERDRAFT PROTECTION FROM<br>9400400000001000002039915 | | 0.06 | 1,956.32 |
| 02/09 | eTransfer Credit, Online Xfer<br>Transfer from SV 00000468805734 | | 21.00 | 1,977.32 |
| 02/09 | eTransfer Credit, Online Xfer<br>Transfer from SV 00000466531407 | | 39.00 | 2,016.32 |
| 02/09 | eTransfer Credit, Online Xfer<br>Transfer from 01000002039915 | | 45.00 | 2,061.32 |
| 02/09 | eTransfer Credit, Online Xfer<br>Transfer from CK 4367512740 | | 80.00 | 2,141.32 |
| 02/09 | DBCRD PUR AP, *****30198464919<br>AUT 020526 VISA DDA PUR AP<br>TST DELI ON 4TH   PARENT   CONSHOHOCKEN  * PA | 14.52 | | 2,126.80 |
| 02/09 | DBCRD PUR AP, *****30198464919<br>AUT 020526 VISA DDA PUR AP<br>TST DELI ON 4TH   PARENT   CONSHOHOCKEN  * PA | 3.02 | | 2,123.78 |
| 02/09 | DBCRD PUR AP, *****30198464919<br>AUT 020626 VISA DDA PUR AP<br>WAWA 8060          FORT WASHINGT * PA | 11.05 | | 2,112.73 |
| 02/09 | DBCRD PUR AP, *****30198464919<br>AUT 020626 VISA DDA PUR AP<br>THEHALALGUYS         ORDER THEHALA * NJ | 20.46 | | 2,092.27 |
| 02/09 | DBCRD PUR AP, *****30198464919<br>AUT 020726 VISA DDA PUR AP<br>KLARNA  ANTHROPOLOGIE    KLARNA COM   * OH | 89.52 | | 2,002.75 |
| 02/09 | DBCRD PMT AP, *****30198464919<br>AUT 020726 VISA DDA PUR AP<br>FACEBK  Y5DFTCHG62      650 5434800  * DE | 700.00 | | 1,302.75 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

## TD Bank
### America's Most Convenient Bank®

**STATEMENT OF ACCOUNT**

JESSICA ROSENTHAL
CHAD ROSENTHAL

| | |
|---|---|
| Page: | 10 of 10 |
| Statement Period: | Jan 18 2026-Feb 17 2026 |
| Cust Ref #: | 2039915-630-E-*** |
| Primary Account #: | 00-2039915 |

---

**ACCOUNT ACTIVITY**

**Transactions by Date (continued)**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 02/09 | DBCRD PMT AP, *****30198464919<br>AUT 020726 VISA DDA PUR AP<br>FACEBK  NLL5TC5NC2      650 5434800   * DE | 700.00 | | 602.75 |
| 02/09 | DBCRD PMT AP, *****30198464919<br>AUT 020726 VISA DDA PUR AP<br>FACEBK  VYQCNEMUE2      650 5434800   * DE | 600.00 | | 2.75 |
| 02/09 | PHONE TRANSFER, To CHECKING 4468279637 | 2.69 | | 0.06 |
| 02/10 | CREDIT, Provisional Credit | | 600.00 | 600.06 |
| 02/10 | CREDIT, Provisional Credit | | 700.00 | 1,300.06 |
| 02/10 | CREDIT, Provisional Credit | | 700.00 | 2,000.06 |
| 02/11 | eTransfer Credit, Online Xfer<br>Transfer from CK 4433560384 | | 2.88 | 2,002.94 |
| 02/11 | eTransfer Debit, Online Xfer<br>Transfer to CK 4367512740 | 1.77 | | 2,001.17 |
| 02/11 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279637 | 2,001.17 | | 0.00 |
| 02/17 | CREDIT FUNDING,<br>OVERDRAFT PROTECTION FROM<br>9400400000001000002039915 | | 50.00 | 50.00 |

---

**INTEREST SUMMARY**

| | |
|---|---|
| Beginning Interest Rate | 0.00% |
| Number of days in this Statement Period | 31 |
| Interest Earned this Statement Period | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Interest Paid Year to date | 0.00 |

**Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com**

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender