
# **TD Bank**
America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL
1066 BELL LN
MAPLE GLEN PA  19002-2951

| | |
|---|---|
| Page: | 1 of 9 |
| Statement Period: | Feb 18 2026-Mar 17 2026 |
| Cust Ref #: | 4468279637-673-E-*** |
| Primary Account #: | 446-8279637 |

## TD Complete Checking

CHAD ROSENTHAL
JESSICA ROSENTHAL

Account # 446-8279637

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 4,359.69 | Average Collected Balance | 2,082.84 |
| Electronic Deposits | 14,185.90 | Interest Earned This Period | 0.00 |
| | | Interest Paid Year-to-Date | 0.00 |
| Electronic Payments | 17,424.67 | Annual Percentage Yield Earned | 0.00% |
| Ending Balance | 1,120.92 | Days in Period | 28 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $0.00 | $0.00 |

### DAILY ACCOUNT ACTIVITY

#### Electronic Deposits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/18 | CCD DEPOSIT, AL DENTE INC ACH PAYMEN 2199157 | 1,500.00 |
| 02/23 | TD ZELLE RECEIVED, 605400A03N6C Zelle JESSICA ROSENTHAL | 2,500.00 |
| 02/26 | ACH DEPOSIT, CLEAR PEO, LLC PAYROLL 002153 | 3,321.08 |
| 03/03 | TD ZELLE RECEIVED, 606200D0LH0U Zelle JESSICA ROSENTHAL | 2,000.00 |
| 03/04 | ACH DEPOSIT, THRIVEPASS BENEF CLAIM REIM ROSENTHAL, JESS | 37.65 |
| 03/06 | CCD DEPOSIT, AL DENTE INC ACH PAYMEN 2263893 | 1,500.00 |
| 03/10 | DEBIT CARD CREDIT, *****30224717850, AUT 030926 VISA DDA REF<br>CHIPOTLE 2571        FORT WASHINGT * PA | 6.05 |
| 03/12 | ACH DEPOSIT, CLEAR PEO, LLC PAYROLL 002225 | 3,321.09 |
| 03/16 | ACH DEPOSIT, TARGET DEBIT ACCTVERIFY 56011908 | 0.01 |
| 03/16 | ACH DEPOSIT, TARGET DEBIT ACCTVERIFY 56011909 | 0.02 |
| | Subtotal: | 14,185.90 |

#### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/18 | DBCRD PUR AP, *****30224717850, AUT 021626 VISA DDA PUR AP<br>WESTGATE  PC MARKET      435 6552240   * UT | 34.84 |
| 02/18 | DEBIT POS AP, *****30224717850, AUT 021626 DDA PURCHASE AP<br>UBER TECHNOLOGIES  INC     WILMINGTON   * DE | 64.95 |
| 02/18 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 300.00 |
| 02/18 | ACH DEBIT, FARMERS INS EFT PYMT ****6534231 | 56.58 |
| 02/18 | ACH DEBIT, FARMERS INS EFT PYMT ****2133297 | 451.00 |
| 02/19 | DBCRD PUR AP, *****30224717850, AUT 021726 VISA DDA PUR AP<br>UTAH ST2257          SALT LAKE CIT * UT | 47.14 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1. Your ending balance shown on this statement is:

2. List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3. Subtotal by adding lines 1 and 2.

4. List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5. Subtract Line 4 from 3. This adjusted balance should equal your account balance.

**❶ Ending Balance**        1,120.92

**❷ Total Deposits**        +

**❸ Sub Total**

**❹ Total Withdrawals**        -

**❺ Adjusted Balance**

| ❷ DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Deposits** |  | ❷ |

| ❹ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total Withdrawals** |  | ❹ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared.  When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed.  Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly.  If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL

| | |
|---|---|
| Page: | 3 of 9 |
| Statement Period: | Feb 18 2026-Mar 17 2026 |
| Cust Ref #: | 4468279637-673-E-*** |
| Primary Account #: | 446-8279637 |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/19 | DBCRD PUR AP, *****30224717850, AUT 021726 VISA DDA PUR AP<br>TST OHM   GOURMANDISE     SALT LAKE CIT * UT | 45.14 |
| 02/19 | DBCRD PUR AP, *****30224717850, AUT 021726 VISA DDA PUR AP<br>PHILADELPHIA PARKING AUT    PHILADELPHIA  * PA | 117.00 |
| 02/19 | DBCRD PUR AP, *****30224717850, AUT 021726 VISA DDA PUR AP<br>DD  DOORDASH VICSUSHI      DOORDASH COM  * CA | 99.28 |
| 02/19 | DBCRD PUR AP, *****30224717850, AUT 021826 VISA DDA PUR AP<br>SQ  BLUESTONE LANE   186   PHILADELPHIA  * PA | 13.47 |
| 02/19 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****383126832 | 70.00 |
| 02/19 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****383300820 | 115.00 |
| 02/19 | ACH DEBIT, CHASEHOMEFINANCE LN PMT ****652046 | 3,511.97 |
| 02/19 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 200.00 |
| 02/19 | ELECTRONIC PMT-WEB, TRAVELERS PER INSUR 6677930 | 18.83 |
| 02/20 | DBCRD PUR AP, *****30224717850, AUT 021926 VISA DDA PUR AP<br>WAWA  156            FORT WASHINGT * PA | 2.54 |
| 02/20 | DBCRD PUR AP, *****30224717850, AUT 021926 VISA DDA PUR AP<br>COCA COLA HARRISBURG      LEMOYNE     * PA | 2.00 |
| 02/20 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****405413169 | 120.00 |
| 02/23 | DBCRD PUR AP, *****30224717850, AUT 022026 VISA DDA PUR AP<br>TST MAPLE GLEN PIZZA     215 542 7720  * PA | 18.21 |
| 02/23 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 100.00 |
| 02/23 | DBCRD PUR AP, *****30224717850, AUT 022126 VISA DDA PUR AP<br>TST  PARIS BAGUETTE 4521    DRESHER     * PA | 35.70 |
| 02/23 | DBCRD PUR AP, *****30224717850, AUT 022126 VISA DDA PUR AP<br>WEAVERS WAY COOP AMBLER    AMBLER      * PA | 129.21 |
| 02/23 | DBCRD PUR AP, *****30224717850, AUT 022126 VISA DDA PUR AP<br>AMBLER BEVERAGE EXCHAN     AMBLER     * PA | 24.90 |
| 02/23 | DBCRD PUR AP, *****30224717850, AUT 022126 VISA DDA PUR AP<br>CHICK FIL A  04364      215 392 4966  * PA | 20.44 |
| 02/23 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 50.00 |
| 02/23 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****449310338 | 20.00 |
| 02/23 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 75.00 |
| 02/24 | DBCRD PUR AP, *****30224717850, AUT 022326 VISA DDA PUR AP<br>CHIPOTLE 1201          WILLOW  GROVE  * PA | 13.52 |
| 02/24 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 100.00 |
| 02/25 | DBCRD PUR AP, *****30224717850, AUT 022426 VISA DDA PUR AP<br>STARBUCKS 8007827282     800 782 7282  * WA | 25.00 |
| 02/25 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****501582927 | 70.00 |
| 02/25 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 50.00 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL

| | |
|---|---|
| Page: | 4 of 9 |
| Statement Period: | Feb 18 2026-Mar 17 2026 |
| Cust Ref #: | 4468279637-673-E-*** |
| Primary Account #: | 446-8279637 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 02/25 | DEBIT POS AP, *****30224717850, AUT 022526 DDA PURCHASE AP<br>THE FRESH MARKET 108    HORSHAM    * PA | 45.98 |
| 02/26 | DBCRD PUR AP, *****30224717850, AUT 022526 VISA DDA PUR AP<br>WAWA 8060        FORT WASHINGT * PA | 7.10 |
| 02/26 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****527257963 | 25.00 |
| 02/26 | ELECTRONIC PMT-TEL, PENTAGON FEDERAL TRNSFR DR ****33935408816 | 593.64 |
| 02/26 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 50.00 |
| 02/26 | DEBIT POS AP, *****30224717850, AUT 022626 DDA PURCHASE AP<br>WHOLEFDS PLM 102 500 W G   PLYMOUTH MEET * PA | 21.07 |
| 02/26 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 100.00 |
| 02/26 | ELECTRONIC PMT-WEB, CHASE CREDIT CRD EPAY ****677750 | 250.00 |
| 02/26 | ELECTRONIC PMT-WEB, AMEX EPAYMENT ACH PMT W1372 | 662.37 |
| 02/27 | DBCRD PUR AP, *****30224717850, AUT 022526 VISA DDA PUR AP<br>PP AP EXAM TOTALREG      800 9742187   * CO | 284.00 |
| 02/27 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 100.00 |
| 03/02 | DBCRD PUR AP, *****30224717850, AUT 022726 VISA DDA PUR AP<br>WAWA 8060        FORT WASHINGT * PA | 8.24 |
| 03/02 | DBCRD PUR AP, *****30224717850, AUT 022726 VISA DDA PUR AP<br>DD  DOORDASH WINGLEECU     855 973 1040  * CA | 39.58 |
| 03/02 | DBCRD PUR AP, *****30224717850, AUT 022726 VISA DDA PUR AP<br>WAWA 8060        FORT WASHINGT * PA | 5.39 |
| 03/02 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 100.00 |
| 03/02 | DBCRD PUR AP, *****30224717850, AUT 022826 VISA DDA PUR AP<br>ANDAAS NAILS  SPA         HORSHAM    * PA | 22.00 |
| 03/02 | DBCRD PUR AP, *****30224717850, AUT 022826 VISA DDA PUR AP<br>DOGS  CATS RULE MAPLE G   MAPLE GLEN   * PA | 45.56 |
| 03/02 | DEBIT POS AP, *****30224717850, AUT 022826 DDA PURCHASE AP<br>GIANT  6513 1925 NORRI    MAPLE GLEN   * PA | 53.82 |
| 03/02 | DBCRD PUR AP, *****30224717850, AUT 022826 VISA DDA PUR AP<br>WILLOW GROVE LIBERTY     WILLOW GROVE * PA | 45.09 |
| 03/02 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 50.00 |
| 03/02 | DBCRD PUR AP, *****30224717850, AUT 022826 VISA DDA PUR AP<br>TST MONKEY BAR         NEW YORK    * NY | 134.38 |
| 03/02 | DBCRD PUR AP, *****30224717850, AUT 022826 VISA DDA PUR AP<br>CHICK FIL A 04364       HORSHAM    * PA | 12.25 |
| 03/02 | DBCRD PUR AP, *****30224717850, AUT 022826 VISA DDA PUR AP<br>WAWA 8156        HORSHAM    * PA | 3.99 |
| 03/02 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 50.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# **TD** Bank
### America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL

| | |
|---|---|
| Page: | 5 of 9 |
| Statement Period: | Feb 18 2026-Mar 17 2026 |
| Cust Ref #: | 4468279637-673-E-*** |
| Primary Account #: | 446-8279637 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/02 | DBCRD PUR AP, *****30224717850, AUT 030126 VISA DDA PUR AP<br>SQ  LIV BREADS ARTISAN B    MILLBURN      * NJ | 101.14 |
| 03/02 | ELECTRONIC PMT-WEB, NORTHSTEPPE REAL WEB PMTS DWT5DF | 1,250.00 |
| 03/02 | ELECTRONIC PMT-WEB, APPFOLIO, INC. F WEB PMTS 01GCX5 | 2.49 |
| 03/02 | ELECTRONIC PMT-WEB, CITI CARD ONLINE PAYMENT ****46966247724 | 30.46 |
| 03/02 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****568876872 | 70.00 |
| 03/02 | TD BILL PAY SERV, BUCKSCOUNTYWATER ONLINE PMT TDB****91306POS | 71.34 |
| 03/02 | TD BILL PAY SERV, ERIE INSURANCE ONLINE PMT TDB****91306POS | 104.74 |
| 03/02 | TD BILL PAY SERV, NORTH WALES WATE ONLINE PMT TDB****91306POS | 132.05 |
| 03/02 | TD BILL PAY SERV, ERIE INSURANCE ONLINE PMT TDB****91306POS | 308.44 |
| 03/02 | DEBIT POS AP, *****30224717850, AUT 030226 DDA PURCHASE AP<br>GIANT  6513 1925 NORRI     MAPLE GLEN   * PA | 35.62 |
| 03/02 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 50.00 |
| 03/03 | DBCRD PUR AP, *****30224717850, AUT 022826 VISA DDA PUR AP<br>MADE MAD INC           NEW YORK     * NY | 10.45 |
| 03/03 | DBCRD PUR AP, *****30224717850, AUT 030226 VISA DDA PUR AP<br>SPOTIFY USA           877 7781161   * NY | 23.31 |
| 03/03 | DBCRD PUR AP, *****30224717850, AUT 030226 VISA DDA PUR AP<br>SQ  JUICE POD AMBLER      AMBLER      * PA | 29.56 |
| 03/03 | DBCRD PUR AP, *****30224717850, AUT 030226 VISA DDA PUR AP<br>UPPER DUBLIN SD         WWW  UDSD ORG  * PA | 85.00 |
| 03/03 | DBCRD PUR AP, *****30224717850, AUT 030226 VISA DDA PUR AP<br>UPPER DUBLIN SD         WWW  UDSD ORG  * PA | 85.00 |
| 03/03 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 50.00 |
| 03/03 | DEBIT POS AP, *****30224717850, AUT 030326 DDA PURCHASE AP<br>USPS PO 4116290828       CONSHOHOCKEN  * PA | 5.69 |
| 03/03 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 100.00 |
| 03/04 | DBCRD PUR AP, *****30224717850, AUT 030326 VISA DDA PUR AP<br>WAWA  8060           FORT WASHINGT * PA | 3.99 |
| 03/04 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****684902825 | 1,125.00 |
| 03/04 | DEBIT POS AP, *****30224717850, AUT 030426 DDA PURCHASE AP<br>WHOLEFDS PLM 102 500 W G   PLYMOUTH MEET * PA | 99.99 |
| 03/05 | DBCRD PUR AP, *****30224717850, AUT 030326 VISA DDA PUR AP<br>TST DELI ON 4TH   PARENT   CONSHOHOCKEN  * PA | 15.13 |
| 03/05 | DBCRD PUR AP, *****30224717850, AUT 030326 VISA DDA PUR AP<br>TST DELI ON 4TH   PARENT   CONSHOHOCKEN  * PA | 3.17 |
| 03/05 | DBCRD PUR AP, *****30224717850, AUT 030326 VISA DDA PUR AP<br>KLARNA ANTHROPOLOGIE      WWW  KLARNA CO * DE | 54.82 |
| 03/05 | DBCRD PUR AP, *****30224717850, AUT 030426 VISA DDA PUR AP<br>WATERWORKS           PLYMOUTH MEET * PA | 17.85 |
| 03/05 | TD BILL PAY SERV, PECO ENERGY ONLINE PMT TDB****91306POS | 600.00 |

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL

| | |
|---|---|
| Page: | 6 of 9 |
| Statement Period: | Feb 18 2026-Mar 17 2026 |
| Cust Ref #: | 4468279637-673-E-*** |
| Primary Account #: | 446-8279637 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/05 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 150.00 |
| 03/05 | DEBIT POS AP, *****30224717850, AUT 030526 DDA PURCHASE AP<br>TARGET T 1269          PLYMOUTH MEET * PA | 120.19 |
| 03/06 | DEBIT POS AP, *****30224717850, AUT 030626 DDA PURCHASE AP<br>THE FRESH MARKET 108      HORSHAM     * PA | 53.46 |
| 03/06 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 50.00 |
| 03/09 | DBCRD PUR AP, *****30224717850, AUT 030626 VISA DDA PUR AP<br>PIAA TICKETS          PIAA ORG     * PA | 10.00 |
| 03/09 | DBCRD PUR AP, *****30224717850, AUT 030626 VISA DDA PUR AP<br>CHIPOTLE 2571          FORT WASHINGT * PA | 11.19 |
| 03/09 | DBCRD PUR AP, *****30224717850, AUT 030626 VISA DDA PUR AP<br>CHIPOTLE 2571          FORT WASHINGT * PA | 3.13 |
| 03/09 | DBCRD PUR AP, *****30224717850, AUT 030626 VISA DDA PUR AP<br>MCDONALD S F4225          DRESHER     * PA | 9.73 |
| 03/09 | DBCRD PUR AP, *****30224717850, AUT 030726 VISA DDA PUR AP<br>WAWA  8060          FORT WASHINGT * PA | 10.72 |
| 03/09 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 200.00 |
| 03/09 | DBCRD PUR AP, *****30224717850, AUT 030726 VISA DDA PUR AP<br>JERSEY MIKES 8019          HORSHAM     * PA | 13.85 |
| 03/09 | DBCRD PUR AP, *****30224717850, AUT 030726 VISA DDA PUR AP<br>SQ  CHILL ON THE HILL      PHILADELPHIA * PA | 5.32 |
| 03/09 | DBCRD PUR AP, *****30224717850, AUT 030726 VISA DDA PUR AP<br>MCDONALD S F4225          DRESHER     * PA | 9.53 |
| 03/09 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 50.00 |
| 03/09 | DBCRD PUR AP, *****30224717850, AUT 030826 VISA DDA PUR AP<br>TARGET COM          800 591 3869  * MN | 45.00 |
| 03/09 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****751214159 | 70.00 |
| 03/09 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****751206472 | 120.00 |
| 03/09 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 40.00 |
| 03/10 | DBCRD PUR AP, *****30224717850, AUT 030926 VISA DDA PUR AP<br>TARGET COM          800 591 3869  * MN | 45.00 |
| 03/10 | DBCRD PUR AP, *****30224717850, AUT 030926 VISA DDA PUR AP<br>WEAVERS WAY COOP AMBLER    AMBLER     * PA | 35.26 |
| 03/10 | DBCRD PUR AP, *****30224717850, AUT 030926 VISA DDA PUR AP<br>CHIPOTLE 2571          FORT WASHINGT * PA | 34.24 |
| 03/10 | DBCRD PUR AP, *****30224717850, AUT 030926 VISA DDA PUR AP<br>CHIPOTLE 2571          FORT WASHINGT * PA | 0.53 |
| 03/10 | DBCRD PUR AP, *****30224717850, AUT 030926 VISA DDA PUR AP<br>CHIPOTLE MEX GR ONLINE    TEAM BANKING * CA | 13.19 |
| 03/10 | TD BILL PAY SERV, BUCKSCOUNTYWATER ONLINE PMT TDB****91306POS | 65.36 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
### America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL

| | |
|---|---|
| Page: | 7 of 9 |
| Statement Period: | Feb 18 2026-Mar 17 2026 |
| Cust Ref #: | 4468279637-673-E-*** |
| Primary Account #: | 446-8279637 |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/10 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 100.00 |
| 03/10 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 40.00 |
| 03/10 | DEBIT POS AP, *****30224717850, AUT 031026 DDA PURCHASE AP<br>7 ELEVEN          MAPLE GLEN   * PA | 11.87 |
| 03/11 | DBCRD PUR AP, *****30224717850, AUT 030926 VISA DDA PUR AP<br>ANDAAS NAILS  SPA       HORSHAM    * PA | 22.00 |
| 03/11 | DBCRD PUR AP, *****30224717850, AUT 031026 VISA DDA PUR AP<br>WAWA  8060           FORT WASHINGT * PA | 4.68 |
| 03/11 | DBCRD PUR AP, *****30224717850, AUT 031026 VISA DDA PUR AP<br>LUKOIL 69704          FT WASHINGTON * PA | 30.06 |
| 03/11 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 100.00 |
| 03/12 | DBCRD PUR AP, *****30224717850, AUT 031026 VISA DDA PUR AP<br>TST DELI ON 4TH  PARENT   CONSHOHOCKEN  * PA | 15.13 |
| 03/12 | DBCRD PUR AP, *****30224717850, AUT 031026 VISA DDA PUR AP<br>TST DELI ON 4TH  PARENT   CONSHOHOCKEN  * PA | 3.91 |
| 03/12 | DBCRD PUR AP, *****30224717850, AUT 031126 VISA DDA PUR AP<br>SQ  THE TRICYCLE GROUP     CONSHOHOCKEN  * PA | 7.89 |
| 03/12 | DBCRD PUR AP, *****30224717850, AUT 031126 VISA DDA PUR AP<br>PTC EZPASS CSC WEB IVR     877 736 6727  * PA | 165.00 |
| 03/12 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 50.00 |
| 03/12 | DEBIT POS AP, *****30224717850, AUT 031226 DDA PURCHASE AP<br>WHOLEFDS PLM 102 500 W G   PLYMOUTH MEET * PA | 49.94 |
| 03/12 | DEBIT POS AP, *****30224717850, AUT 031226 DDA PURCHASE AP<br>MARSHALLS  0385        PLYMOUTH MEET * PA | 60.99 |
| 03/13 | DBCRD PUR AP, *****30224717850, AUT 031126 VISA DDA PUR AP<br>TST MAPLE GLEN PIZZA       MAPLE GLEN   * PA | 17.34 |
| 03/13 | DBCRD PUR AP, *****30224717850, AUT 031226 VISA DDA PUR AP<br>WINE AND SPIRITS 4657     PLYMOUTH MEET * PA | 36.02 |
| 03/13 | DBCRD PUR AP, *****30224717850, AUT 031226 VISA DDA PUR AP<br>WAWA  8060           FORT WASHINGT * PA | 7.10 |
| 03/13 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 100.00 |
| 03/16 | DBCRD PUR AP, *****30224717850, AUT 031326 VISA DDA PUR AP<br>PRIVE SALON LLC        AMBLER     * PA | 185.00 |
| 03/16 | DBCRD PUR AP, *****30224717850, AUT 031326 VISA DDA PUR AP<br>SP FREE SHOP AMBLER     121 56433771  * PA | 70.00 |
| 03/16 | DBCRD PUR AP, *****30224717850, AUT 031326 VISA DDA PUR AP<br>WAWA  8060           FORT WASHINGT * PA | 25.12 |
| 03/16 | DBCRD PUR AP, *****30224717850, AUT 031326 VISA DDA PUR AP<br>WAWA  8060           FORT WASHINGT * PA | 11.69 |
| 03/16 | DBCRD PUR AP, *****30224717850, AUT 031326 VISA DDA PUR AP<br>KIWI YOGURT BLUE BELL     484 8034947  * PA | 4.75 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

# TD Bank
### America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL

| | |
|---|---|
| Page: | 8 of 9 |
| Statement Period: | Feb 18 2026-Mar 17 2026 |
| Cust Ref #: | 4468279637-673-E-*** |
| Primary Account #: | 446-8279637 |

---

**DAILY ACCOUNT ACTIVITY**

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/16 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 100.00 |
| 03/16 | DBCRD PUR AP, *****30224717850, AUT 031426 VISA DDA PUR AP<br>TST LANCERS DINER        HORSHAM      * PA | 18.02 |
| 03/16 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 100.00 |
| 03/16 | DBCRD PUR AP, *****30224717850, AUT 031426 VISA DDA PUR AP<br>ZARA USA 12214        KING OF PRUSS * PA | 299.61 |
| 03/16 | DEBIT POS AP, *****30224717850, AUT 031426 DDA PURCHASE AP<br>MADEWELL  231        KNG OF PRUSSA * PA | 67.49 |
| 03/16 | DBCRD PUR AP, *****30224717850, AUT 031426 VISA DDA PUR AP<br>SQ  SHAKE SHACK        KING OF PRUSS * PA | 19.05 |
| 03/16 | DBCRD PUR AP, *****30224717850, AUT 031426 VISA DDA PUR AP<br>SWEETGREEN KING OF PRU      KING OF PRUSS * PA | 20.98 |
| 03/16 | DBCRD PUR AP, *****30224717850, AUT 031426 VISA DDA PUR AP<br>426  INSOMNIA COOKIE      DRESHER     * PA | 7.98 |
| 03/16 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 50.00 |
| 03/16 | ELECTRONIC PMT-WEB, TARGET DEBIT ACCTVERIFY 56011910 | 0.03 |
| 03/16 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****901837693 | 7.00 |
| 03/16 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****901807477 | 35.00 |
| 03/16 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****895600299 | 50.00 |
| 03/16 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****895568723 | 275.00 |
| 03/16 | DEBIT POS AP, *****30224717850, AUT 031626 DDA PURCHASE AP<br>CVS PHARMACY  02496        MAPLE GLEN   * PA | 5.67 |
| 03/16 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 50.00 |
| 03/17 | DBCRD PUR AP, *****30224717850, AUT 031526 VISA DDA PUR AP<br>TST MAPLE GLEN PIZZA      215 542 7720 * PA | 34.93 |
| 03/17 | DBCRD PUR AP, *****30224717850, AUT 031526 VISA DDA PUR AP<br>TST MAPLE GLEN PIZZA        MAPLE GLEN   * PA | 8.78 |
| 03/17 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****954335191 | 70.00 |
| 03/17 | ELECTRONIC PMT-TEL, TARGET DEBIT CRD PHONEAUTH 35 | 35.25 |
| 03/17 | TD BILL PAY SERV, PECO ENERGY ONLINE PMT TDB****91306POS | 609.27 |
| 03/17 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 50.00 |
| 03/17 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 50.00 |

|  | Subtotal: | 17,424.67 |
|---|---|---|

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL

| | |
|---|---|
| Page: | 9 of 9 |
| Statement Period: | Feb 18 2026-Mar 17 2026 |
| Cust Ref #: | 4468279637-673-E-*** |
| Primary Account #: | 446-8279637 |

---

### DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 02/17 | 4,359.69 | 03/04 | 1,232.97 |
| 02/18 | 4,952.32 | 03/05 | 271.81 |
| 02/19 | 714.49 | 03/06 | 1,668.35 |
| 02/20 | 589.95 | 03/09 | 1,069.88 |
| 02/23 | 2,616.49 | 03/10 | 730.48 |
| 02/24 | 2,502.97 | 03/11 | 573.74 |
| 02/25 | 2,311.99 | 03/12 | 3,541.97 |
| 02/26 | 3,923.89 | 03/13 | 3,381.51 |
| 02/27 | 3,539.89 | 03/16 | 1,979.15 |
| 03/02 | 813.31 | 03/17 | 1,120.92 |
| 03/03 | 2,424.30 | | |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender