**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                  :
                                                        :        Chapter 11
CHAD ROSENTHAL,                                         :
                                                        :
        Debtor.                                        :        Case No. 25- 12369 (DJB)

_____

**ANSWER IN OPPOSITION TO TRUSTEE'S MOTION TO DISMISS FOR FAILING TO**
**FILED MONTHLY OPERATING REPORTS**

The Debtor, by and through its undersigned counsel files this response to the Motion of

the U.S. Trustee's Motion to Dismiss Debtor's case for failing to file Monthly Operating Reports

(MORs), and in support thereof, answers the following:

1. Paragraphs 1-- 8.       Denied as conclusions of law.

2. Paragraphs 2 – 11.      Admitted.

3. Paragraph 12.           Admitted.

4. Paragraphs 13-22.       Denied as conclusions of law.

5. Paragraph 23.           Denied in that Debtor filed all missing plans and supplemented

each plan with supporting bank statements.  Debtor asserts that failure to utilize the DIP

account instead of the pre-petition account was merely a "scrivener's error," that is

rectified by the supplemental bank pre-petition bank statements.  Debtor will be using the

DIP account for all future transactions in support of its plan of reorganization.

WHEREOFRE, the Debtor respectfully requests the Court deny the Trustee's motion for

the reasons set forth herein and the lack of any harm to any parties in interest.

## <u>CERTIFICATE OF SERVICE</u>

I, Maggie S. Soboleski, Esquire hereby certify that a copy of the DEBTOR'S

RESPONSE IN OPPOSITION TO THE U.S. TRUSTEE'S MOTION TO DISMISS was served

by being filed through the Court's electronic filing system upon those receiving notice via ECF

and upon all creditors via e-mail on MAY 18 2026 as indicated:

The United States Trustee and all creditors and parties in interest on the Court's

electronic case filing system.


Respectfully submitted,

*/s/ Maggie S. Soboleski*

Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
Counsel to the Debtor

May 18, 2026