**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| CHAD ROSENTHAL, | : | |
| | : | |
| Debtor. | : | Case No. 25- 12369 (DJB) |

---

**EXHIBITS AND WITNESSES OFFERED IN SUPPORT OF DEBTOR'S OPPOSITION
TO TRUSTEE'S MOITION DISMISS DEBTOR'S CASE FOR
FAILURE TO FILE MONTHLY OPERATING REPORTS**

Debtor's counsel by and through his undersigned counsel submits this list (the "List") of exhibits and witnesses in opposition to the United States Trustee's Motion to Dismiss for Failure to File Monthly Operating Reports.    Pursuant to the list set forth below, the Debtor respectfully requests that that the Court take judicial notice of all pleadings filed in this bankruptcy case, including all exhibits attached thereto and the date filed.  Debtor reserves its right to supplement this List prior to the hearing.

Debtor reserves its wright to use any and all exhibits introduced into evidence by any party, to introduce into evidence any exhibit it may deem appropriate to rebut any evidence introduced by the US Trustee and to introduce into evidence any of the following:

■  Debtor's MORs from December 2025 to March 2026 with any and all supplemental support documents filed as of May 19, 2026.

■  Debtor plans to present testimony of the principal of the Debtor, Chad Rosenthal, including any rebuttal and cure.

## CERTIFICATE OF SERVICE

I, Maggie S. Soboleski, Esquire hereby certify that a copy of the Debtor's Exhibit and

Witness List was served by being filed through the Court's electronic filing system upon those

receiving notice via ECF and upon all creditors via e-mail on May 19, 2026 as indicated:

All parties on the ECF registered system;
The United States Trustee

Respectfully submitted,

*/s/ Maggie S. Soboleski*

Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
Counsel to the Debtor

May 18, 2026