**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |  |
|---|---|---|
| In re: | § § § | Chapter 11 |
| Chad Rosenthal, | § § | Case No. 25-12369-DJB |
| Debtor. | § § § § | |

**EXHIBITS AND WITNESSES OFFERED IN SUPPORT OF OBJECTION OF
THE UNITED STATES TRUSTEE TO DEBTORS CHAPTER 11 PLAN OF
REORGANIZATION**

Andrew R. Vara, the United States Trustee for Region 3 ("U.S. Trustee"), by and through his undersigned counsel, hereby submits this list (this "List") of exhibits and witnesses in support of the *Objection of the United States Trustee to Debtors Chapter 11 Plan of Reorganization* (Docket No. 72) (the "Objection").

In addition to the exhibits set forth below, the U.S. Trustee respectfully requests that the Court take judicial notice of all pleadings filed in this bankruptcy case, including all exhibits attached thereto and the date of filing thereof.

The U.S. Trustee reserves the right to amend or supplement this List prior to the hearing.

1

## **EXHIBITS**

The U.S. Trustee reserves the right to use any and all exhibits introduced

into evidence by any party, to introduce into evidence any exhibit it may deem

appropriate to rebut any evidence introduced by movants or any other party, and to

introduce into evidence any of the following exhibits at trial of this matter:

| Exh. | Description | Offered | Objection | Admitted |
|---|---|---|---|---|
| 1. | Voluntary Petition (Docket No. 1) | | | |
| 2. | Objection (Docket No. 72) | | | |
| 3. | Monthly Operating Report for December 2025 (late filed at Docket No. 74) | | | |
| 4. | Monthly Operating Report for January 2026 (late filed at Docket No. 68) | | | |
| 5. | Monthly Operating Report for February 2026 (late filed at Docket No. 69) | | | |
| 6. | Monthly Operating Report for March 2026 (late filed at Docket No. 70) | | | |
| 7. | Monthly Operating Report for April 2026 (not yet filed) | | | |
| 8. | Amended Chapter 11 Small Business Subchapter V Plan (Docket No. 66) | | | |
| 9. | Report of Plan Voting (not yet filed) | | | |
| 10. | Confirmation Brief (not yet filed) | | | |
| 11. | Proposed Confirmation Order (not yet filed) | | | |
| 12 | Confirmation Declarations (not yet filed) | | | |

2

## WITNESS

The U.S. Trustee reserves the right to cross-examine any and all witnesses identified or called to testify by the any other party, and to present any witness it may deem appropriate to rebut any evidence introduced by any other party.

| Order of Witness | Witness Name | Testimony Description |
|---|---|---|
| 1 | Chad Rosenthal | Financial condition of the Debtor and confirming and examining the facts stated by the Debtor in the filed bankruptcy documents. |

Dated: May 20, 2026

Respectfully submitted,

**ANDREW R. VARA**
**UNITED STATES TRUSTEE**
**For Region 3**

By: /s/ *John Schanne*
John Schanne, Trial Attorney
Office of The United States Trustee
Robert NC Nix, Sr. Federal Building
900 Market Street, Suite 320
Philadelphia, PA 19107
Phone: 202.934.4154
John.Schanne@usdoj.gov