**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| CHAD ROSENTHAL, | : | |
| | : | |
| Debtor. | : | Case No. 25-12369 (DJB) |

**ORDER CONFIRMING PLAN**

AND NOW, the Amended Plan dated APRIL 27, 2026, under subchapter V of chapter 11

of the Bankruptcy Code (the "Plan") having been filed by the Debtor; AND, it having been

determined, after notice and a hearing, that the requirements for confirmation set forth in 11

U.S.C.§ 1191(a) have been satisfied, It is therefore, ORDERED that:

1. The Plan is CONFIRMED pursuant to 11 U.S.C.§ 1191(a).

2. The Debtor shall make 60 equal monthly payments of $1,595.95 directly to the

creditors as provided in Schedule "C," attached to the Plan.

3. The Debtor shall file quarterly periodic reports detailing disbursements made pursuant

to the Plan no later than the 20th day after the end of each calendar quarter.

4. Notwithstanding any provision of the Plan, if the Debtor fails to make any

disbursement or fails to perform any post-petition obligation, on or after the fifteenth day when

due, any creditor or party in interest may file a Certification of default with the Court, and Notice

thereof on the docket, and shall give Notice thereof to the Sub-V trustee, the Debtor, Debtor's

counsel, and the United States trustee. The Debtor shall have 35 days from the date of the default

Notice to cure such default(s) or dispute such default(s) and have a judicial determination of

same. If the Debtor fails to timely cure all defaults subject of the Notice, or fails to dispute same,

the Sub-V trustee may certify the default(s) to the Court whereupon the Court shall enter an

Order converting this case to a proceeding under chapter 7 of the Bankruptcy Code without

further notice and hearing.

_____

Derek J. Baker, United States Bankruptcy Judge