**Fill in this information to identify the case:**

Debtor Name _CHAD ROSENTHAL_

United States Bankruptcy Court for the: _____ District of _____

Case number: _25-12369 DJB_

☐ Check if this is an amended filing

## Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: _April '26_

Date report filed: _05/21/2026_
MM / DD / YYYY

Line of business: _____

NAISC code: _____

In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.

Responsible party: _CHAD ROSENTHAL_

Original signature of responsible party _[signature]_

Printed name of responsible party _CHAD ROSENTHAL_

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

|  | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A.*** | | | |
| 1. | Did the business operate during the entire reporting period? | ☐ | ☐ | ☒ |
| 2. | Do you plan to continue to operate the business next month? | ☐ | ☐ | ☒ |
| 3. | Have you paid all of your bills on time? | ☐ | ☐ | ☒ |
| 4. | Did you pay your employees on time? | ☐ | ☐ | ☒ |
| 5. | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☒ |
| 6. | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☒ |
| 7. | Have you timely filed all other required government filings? | ☐ | ☐ | ☒ |
| 8. | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☒ |
| 9. | Have you timely paid all of your insurance premiums? | ☐ | ☐ | ☒ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B.*** | | | |
| 10. | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☐ | ☒ |
| 11. | Have you sold any assets other than inventory? | ☐ | ☐ | ☒ |
| 12. | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☐ | ☒ |
| 13. | Did any insurance company cancel your policy? | ☐ | ☐ | ☒ |
| 14. | Did you have any unusual or significant unanticipated expenses? | ☐ | ☐ | ☒ |
| 15. | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☐ | ☒ |
| 16. | Has anyone made an investment in your business? | ☐ | ☐ | ☒ |

Debtor Name _CHAD ROSENTHAL_          Case number _25-12369 DJB_

17. Have you paid any bills you owed before you filed bankruptcy?     ☐  ☐  ☒

18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy?     ☐  ☐  ☒

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts**     $ 1,120.92

    This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

    Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

    Report the total from *Exhibit C* here.     $ 27,059.62

21. **Total cash disbursements**

    Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

    Report the total from *Exhibit D* here.     - $ 27,680.15

22. **Net cash flow**     -620.53     + $ _____

    Subtract line 21 from line 20 and report the result here.
    This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**     = $ 500.39

    Add line 22 + line 19. Report the result here.

    Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

    This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables**     $ 0

    *(Exhibit E)*



Debtor Name _CHAD ROSENTHAL_                    Case number _25-12369 DJB_

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables**                                                                   $ _0_

   (Exhibit F)

## 5. Employees

26. What was the number of employees when the case was filed?                    _N/A_

27. What is the number of employees as of the date of this monthly report?        _N/A_

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case?          $ _N/A_

29. How much have you paid in professional fees related to this bankruptcy case since the case was filed?   $ _N/A_

30. How much have you paid this month in other professional fees?                         $ _N/A_

31. How much have you paid in total other professional fees since filing the case?          $ _N/A_

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | Column A | | Column B | | Column C |
|---|---|---|---|---|---|
| | **Projected** | − | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. Cash receipts | $ 5,538.48 | − | $ 27,059.62 | = | $ −21,521.14 |
| 33. Cash disbursements | $ 3,866.76 | − | $ 27,680.15 | = | $ −23,813.39 |
| 34. Net cash flow | $ 1,671.72 | − | $ −620.53 | = | $ 1,051.19 |

35. Total projected cash receipts for the next month:                              $ _5,538.48_

36. Total projected cash disbursements for the next month:                      − $ _3,866.76_

37. Total projected net cash flow for the next month:                            = $ _1,671.72_

Debtor Name ___CHAD ROSENTHAL___    Case number ___25-12369 DJB___

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☒ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

❏ 39. Bank reconciliation reports for each account.

❏ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

❏ 41. Budget, projection, or forecast reports.

❏ 42. Project, job costing, or work-in-progress reports.

\* Debtor was not aware funding and using DIP account was required prior to confirmation. Starting June 1st I will use DIP Account and the numbers should start working for my income and expenses.

**TD Bank**

America's Most Convenient Bank®

E        STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL
1066 BELL LN
MAPLE GLEN PA  19002-2951

| | |
|---|---|
| Page: | 1 of 11 |
| Statement Period: | Mar 18 2026-Apr 17 2026 |
| Cust Ref #: | |
| Primary Account #: | |

## TD Complete Checking

CHAD ROSENTHAL
JESSICA ROSENTHAL

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---|
| Beginning Balance | 1,120.92 | Average Collected Balance | 2,480.94 |
| Deposits | 3,500.00 | Interest Earned This Period | 0.00 |
| Electronic Deposits | 22,519.56 | Interest Paid Year-to-Date | 0.00 |
| Other Credits | 1,040.06 | Annual Percentage Yield Earned | 0.00% |
| | | Days in Period | 31 |
| Checks Paid | 531.72 | | |
| Electronic Payments | 27,113.43 | | |
| Other Withdrawals | 35.00 | | |
| Ending Balance | 500.39 | | |

| | Total for this Period | Total Year-to-Date |
|---|---|---|
| Total Overdraft Fees | $35.00 | $35.00 |
| Total Returned Item Fees (NSF) | $0.00 | $0.00 |

| | Total for this cycle | Total Year to Date |
|---|---|---|
| Grace Period OD/NSF Refund | $35.00 | $35.00 |

### DAILY ACCOUNT ACTIVITY

**Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/19 | MOBILE DEPOSIT | 3,500.00 |
| | Subtotal: | 3,500.00 |

**Electronic Deposits**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/18 | TD ZELLE RECEIVED, 607700K04SD5 Zelle JESSICA ROSENTHAL | 2,500.00 |
| 03/19 | ACH DEPOSIT, THRIVEPASS BENEF CLAIM REIM ROSENTHAL, JESS | 200.00 |
| 03/19 | TD ZELLE RECEIVED, 607800A021T5 Zelle JESSICA ROSENTHAL | 2,500.00 |
| 03/20 | DEBIT CARD CREDIT, *****30224717850, AUT 031926 VISA DDA REF TARGET      00012690     PLYMOUTH MEET * PA | 90.00 |
| 03/24 | ACH DEPOSIT, MAYO SEITZ 5916 PAYMENTS D05111 | 137.97 |
| 03/27 | ACH DEPOSIT, CITIZENS ZELLE JESSICA ROSENTH | 2,500.00 |
| 03/30 | ACH DEPOSIT, CLEAR PEO, LLC PAYROLL 002261 | 3,321.10 |
| 04/07 | ACH DEPOSIT, CITIZENS ZELLE JESSICA ROSENTH | 2,500.00 |
| 04/08 | ACH DEPOSIT, CITIZENS ZELLE JESSICA ROSENTH | 2,500.00 |
| 04/10 | DEBIT CARD CREDIT, *****30224717850, AUT 041026 VISA DDA REF REFUND GLOBALBLUE COM     STOCKHOLM    S WE | 35.63 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

# How to Balance your Account

Begin by adjusting your account register as follows:

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic with-drawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

1 Your ending balance shown on this statement is:

2 List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

3 Subtotal by adding lines 1 and 2.

4 List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

5 Subtract Line 4 from 3. This adjusted balance should equal your account balance.

① Ending Balance _____ 500.39

② Total Deposits + _____

③ Sub Total _____

④ Total Withdrawals - _____

⑤ Adjusted Balance _____

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Deposits | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| Total Withdrawals | | ④ |

FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

INTEREST NOTICE

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY

In case of Errors or Questions About Your Bill

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL

| | |
|---|---|
| Page: | 3 of 11 |
| Statement Period: | Mar 18 2026-Apr 17 2026 |
| Cust Ref # | |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Deposits (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/14 | ACH DEPOSIT, CITIZENS ZELLE JESSICA ROSENTH | 750.00 |
| 04/14 | ACH DEPOSIT, CLEAR PEO, LLC PAYROLL 002371 | 3,427.78 |
| 04/16 | PHONE TRANSFER, From CHECKING 2039915 | 557.08 |
| 04/16 | CCD DEPOSIT, AL DENTE INC ACH PAYMEN 2406058 | 1,500.00 |
| | Subtotal: | 22,519.56 |

### Other Credits

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/06 | CREDIT, Provisional Credit | 273.36 |
| 04/07 | CREDIT, International Purchase Fee Provisional Credit | 16.25 |
| 04/08 | OD GRACE FEE REFUND | 35.00 |
| 04/13 | CREDIT, International Purchase Fee Provisional Credit | 21.55 |
| 04/13 | CREDIT, Provisional Credit | 693.90 |
| | Subtotal: | 1,040.06 |

### Checks Paid    No. Checks: 2    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT |
|---|---|---|
| 03/27 | 101 | 171.72 |
| 04/17 | 102 | 360.00 |
| | Subtotal: | 531.72 |

### Electronic Payments

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/18 | DBCRD PUR AP, *****30224717850, AUT 031726 VISA DDA PUR AP EXXON MAPLE GLEN EXXON    AMBLER    * PA | 32.01 |
| 03/18 | ACH DEBIT, CHASEHOMEFINANCE LN PMT ****652046 | 3,511.97 |
| 03/19 | DBCRD PUR AP, *****30224717850, AUT 031726 VISA DDA PUR AP TST DELI ON 4TH   PARENT   CONSHOHOCKEN * PA | 9.07 |
| 03/19 | DBCRD PUR AP, *****30224717850, AUT 031726 VISA DDA PUR AP TST DELI ON 4TH   PARENT   CONSHOHOCKEN * PA | 3.17 |
| 03/19 | DBCRD PUR AP, *****30224717850, AUT 031726 VISA DDA PUR AP 7 ELEVEN 11410        MAPLE GLEN   * PA | 4.27 |
| 03/19 | DEBIT POS AP, *****30224717850, AUT 031926 DDA PURCHASE AP WHOLEFDS PLM 102 500 W G   PLYMOUTH MEET * PA | 42.94 |
| 03/19 | eTransfer Debit, Online Xfer Transfer to CK 4468279687 | 100.00 |
| 03/20 | DBCRD PUR AP, *****30224717850, AUT 031826 VISA DDA PUR AP CHICK FIL A 04364      HORSHAM    * PA | 10.28 |
| 03/20 | DBCRD PUR AP, *****30224717850, AUT 031926 VISA DDA PUR AP DAIRY QUEEN  18435     MAPLE GLEN  * PA | 5.61 |
| 03/23 | DBCRD PUR AP, *****30224717850, AUT 031926 VISA DDA PUR AP AMAZON MKTPL BD1YL4231    AMZN COM BILL * WA | 74.14 |
| 03/23 | DBCRD PUR AP, *****30224717850, AUT 032026 VISA DDA PUR AP WAWA 8060         FORT WASHINGT * PA | 2.79 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL

| | |
|---|---|
| Page: | 4 of 11 |
| Statement Period: | Mar 18 2026-Apr 17 2026 |
| Cust Ref #: | |
| Primary Account #: | |



---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/23 | DBCRD PUR AP, *****30224717850, AUT 032026 VISA DDA PUR AP<br>SQ  SPECTRUM 440 4139 NE   PHILADELPHIA  * PA | 40.00 |
| 03/23 | DBCRD PUR AP, *****30224717850, AUT 032026 VISA DDA PUR AP<br>XFINITY MOBILE ARENA     165 02396947 * PA | 40.00 |
| 03/23 | DBCRD PUR AP, *****30224717850, AUT 032126 VISA DDA PUR AP<br>UPPER DUBLIN TOWNSHIP     WWW UPPERDUBL * PA | 68.01 |
| 03/23 | DBCRD PUR AP, *****30224717850, AUT 032126 VISA DDA PUR AP<br>WAWA 8156           HORSHAM    * PA | 10.90 |
| 03/23 | DBCRD PUR AP, *****30224717850, AUT 032126 VISA DDA PUR AP<br>CHIPOTLE 2571       FORT WASHINGT * PA | 12.35 |
| 03/23 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 350.00 |
| 03/23 | DBCRD PUR AP, *****30224717850, AUT 032126 VISA DDA PUR AP<br>DD  DOORDASH JULESTHIN    855 973 1040 * CA | 60.81 |
| 03/23 | DBCRD PUR AP, *****30224717850, AUT 032126 VISA DDA PUR AP<br>WAWA 8156           HORSHAM    * PA | 19.80 |
| 03/23 | DBCRD PUR AP, *****30224717850, AUT 032126 VISA DDA PUR AP<br>MCDONALD S F4225         DRESHER    * PA | 5.90 |
| 03/23 | DBCRD PUR AP, *****30224717850, AUT 032226 VISA DDA PUR AP<br>WAWA 8156           HORSHAM    * PA | 35.01 |
| 03/23 | DBCRD PUR AP, *****30224717850, AUT 032226 VISA DDA PUR AP<br>TST  SC4           DRESHER    * PA | 27.18 |
| 03/23 | DEBIT POS AP, *****30224717850, AUT 032226 DDA PURCHASE AP<br>SEPHORA PROMENADE AT U     DRESHER    * PA | 85.86 |
| 03/23 | DBCRD PUR AP, *****30224717850, AUT 032226 VISA DDA PUR AP<br>COLLEGEBOARD SAT ONLN     212 7137789 * NY | 68.00 |
| 03/23 | DEBIT POS AP, *****30224717850, AUT 032226 DDA PURCHASE AP<br>LOWE S  1837       WILLOW GROVE * PA | 31.00 |
| 03/23 | DEBIT POS AP, *****30224717850, AUT 032226 DDA PURCHASE AP<br>GIANT  6513 1925 NORRI    MAPLE GLEN  * PA | 122.00 |
| 03/23 | DBCRD PUR AP, *****30224717850, AUT 032226 VISA DDA PUR AP<br>DOGS  CATS RULE MAPLE G   MAPLE GLEN  * PA | 64.92 |
| 03/23 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****074823149 | 30.00 |
| 03/23 | ELECTRONIC PMT-WEB, BLOOMINGDALES ONLINE PMT ****61601866648 | 100.00 |
| 03/23 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****074818681 | 120.00 |
| 03/23 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****050525916 | 3,000.00 |
| 03/24 | INTL DBCD PUR AP, *****30224717850, AUT 032326 INTL DDA PUR AP<br>RAIL EUROPE  RE 32C2QN     RAILEUROPE CO F RA | 466.95 |
| 03/24 | INTL TXN FEE, INTL TXN FEE | 14.01 |
| 03/25 | DBCRD PUR AP, *****30224717850, AUT 032426 VISA DDA PUR AP<br>WAWA 8060           FORT WASHINGT * PA | 9.75 |
| 03/25 | DEBIT POS AP, *****30224717850, AUT 032526 DDA PURCHASE AP<br>GIANT  6513 1925 NORRI    MAPLE GLEN  * PA | 6.35 |
| 03/26 | DBCRD PUR AP, *****30224717850, AUT 032426 VISA DDA PUR AP<br>KURINJI INDIAN CUISINE    KURINJIPA COM * PA | 36.71 |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL

| | |
|---|---|
| Page: | 5 of 11 |
| Statement Period: | Mar 18 2026-Apr 17 2026 |
| Cust Ref #: | |
| Primary Account #: | |

---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/26 | DBCRD PUR AP, *****30224717850, AUT 032526 VISA DDA PUR AP<br>GETYOURGUIDEOPERATIONS    185 5648235  * DE | 222.92 |
| 03/26 | DBCRD PUR AP, *****30224717850, AUT 032526 VISA DDA PUR AP<br>CUSTOM CLEANERS        HORSHAM   * PA | 58.00 |
| 03/27 | DBCRD PUR AP, *****30224717850, AUT 032526 VISA DDA PUR AP<br>ANDAAS NAILS  SPA       HORSHAM   * PA | 57.00 |
| 03/27 | INTL DBCD PUR AP, *****30224717850, AUT 032626 INTL DDA PUR AP<br>SQ  WATTS CANTINA SL     MADRID     E SP | 135.37 |
| 03/27 | INTL DBCD PUR AP, *****30224717850, AUT 032626 INTL DDA PUR AP<br>TRAGALUZ MADRID        VILLANUEVA  E SP | 286.03 |
| 03/27 | INTL TXN FEE, INTL TXN FEE | 4.06 |
| 03/27 | INTL TXN FEE, INTL TXN FEE | 8.58 |
| 03/30 | INTL DBCD PUR AP, *****30224717850, AUT 032726 INTL DDA PUR AP<br>RESTAURANTE QUINTIN     MADRID     E SP | 223.38 |
| 03/30 | DBCRD PUR AP, *****30224717850, AUT 032726 VISA DDA PUR AP<br>UBER  TRIP         HELP UBER COM * CA | 15.16 |
| 03/30 | INTL DBCD PUR AP, *****30224717850, AUT 032726 INTL DDA PUR AP<br>KIOSKO EL ESTANQUE       MADRID     E SP | 75.59 |
| 03/30 | INTL DBCD PUR AP, *****30224717850, AUT 032726 INTL DDA PUR AP<br>VEJA MADRID          MADRID     E SP | 324.07 |
| 03/30 | INTL DBCD PUR AP, *****30224717850, AUT 032826 INTL DDA PUR AP<br>CAFE PRADO          MADRID     E SP | 21.37 |
| 03/30 | INTL DBCD PUR AP, *****30224717850, AUT 032826 INTL DDA PUR AP<br>LA ALEMANA 1904        MADRID     E SP | 70.91 |
| 03/30 | DBCRD PUR AP, *****30224717850, AUT 032826 VISA DDA PUR AP<br>KLARNA ANTHROPOLOGIE     WWW KLARNA CO * DE | 54.82 |
| 03/30 | DBCRD PMT AP, *****30224717850, AUT 032826 VISA DDA PUR AP<br>SPOTIFY P40E231ACC       NEW YORK   * NY | 23.31 |
| 03/30 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 50.00 |
| 03/30 | DBCRD PUR AP, *****30224717850, AUT 032926 VISA DDA PUR AP<br>UBER  TRIP         HELP UBER COM * CA | 4.99 |
| 03/30 | INTL DBCD PUR AP, *****30224717850, AUT 032926 INTL DDA PUR AP<br>ES ELVIRIA I         MARBELLA   E SP | 28.75 |
| 03/30 | INTL DBCD PUR AP, *****30224717850, AUT 032926 INTL DDA PUR AP<br>E S ELVIRIA  S L       MARBELLA   E SP | 53.41 |
| 03/30 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****253698179 | 230.00 |
| 03/30 | INTL TXN FEE, INTL TXN FEE | 0.64 |
| 03/30 | INTL TXN FEE, INTL TXN FEE | 0.86 |
| 03/30 | INTL TXN FEE, INTL TXN FEE | 1.60 |
| 03/30 | INTL TXN FEE, INTL TXN FEE | 2.13 |
| 03/30 | INTL TXN FEE, INTL TXN FEE | 2.27 |
| 03/30 | INTL TXN FEE, INTL TXN FEE | 6.70 |
| 03/30 | INTL TXN FEE, INTL TXN FEE | 9.72 |

**TD Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL

| | |
|---|---|
| Page: | 6 of 11 |
| Statement Period: | Mar 18 2026-Apr 17 2026 |
| Cust Ref #: | |
| Primary Account #: | |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 03/31 | INTL DBCD PUR AP, *****30224717850, AUT 033026 INTL DDA PUR AP<br>MILAMORES          RONDA        E SP | 273.36 |
| 03/31 | INTL DBCD PUR AP, *****30224717850, AUT 033026 INTL DDA PUR AP<br>LOLA VEGA          RONDA        E SP | 85.09 |
| 03/31 | INTL DBCD PUR AP, *****30224717850, AUT 033026 INTL DDA PUR AP<br>SIMBAD BEACH          MARBELLA        E SP | 183.28 |
| 03/31 | INTL TXN FEE, INTL TXN FEE | 2.55 |
| 03/31 | INTL TXN FEE, INTL TXN FEE | 5.50 |
| 03/31 | INTL TXN FEE, INTL TXN FEE | 8.20 |
| 04/01 | INTL DBCD PUR AP, *****30224717850, AUT 033126 INTL DDA PUR AP<br>MANA BAY          MARBELLA        E SP | 185.50 |
| 04/01 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****296573794 | 182.00 |
| 04/01 | ELECTRONIC PMT-WEB, NORTHSTEPPE REAL WEB PMTS 4SVQKF | 1,250.00 |
| 04/01 | ELECTRONIC PMT-WEB, APPFOLIO, INC. F WEB PMTS 1G7506 | 2.49 |
| 04/01 | ELECTRONIC PMT-WEB, CITI CARD ONLINE PAYMENT ****74392701307 | 500.00 |
| 04/01 | INTL TXN FEE, INTL TXN FEE | 5.57 |
| 04/02 | INTL DBCD PUR AP, *****30224717850, AUT 040126 INTL DDA PUR AP<br>EL LAGO          MARBELLA        E SP | 693.90 |
| 04/02 | INTL DBCD PUR AP, *****30224717850, AUT 040126 INTL DDA PUR AP<br>REGALOS TEIS          MIJAS        E SP | 24.29 |
| 04/02 | INTL TXN FEE, INTL TXN FEE | 0.73 |
| 04/02 | INTL TXN FEE, INTL TXN FEE | 20.82 |
| 04/03 | INTL DBCD PUR AP, *****30224717850, AUT 040226 INTL DDA PUR AP<br>2ESPADRILLES          MARBELLA        E SP | 120.87 |
| 04/03 | INTL DBCD PUR AP, *****30224717850, AUT 040226 INTL DDA PUR AP<br>ROMA HECCOH          MARBELLA        E SP | 122.94 |
| 04/03 | INTL DBCD PUR AP, *****30224717850, AUT 040226 INTL DDA PUR AP<br>PUROLATTE          MARBELLA        E SP | 10.47 |
| 04/03 | INTL DBCD PUR AP, *****30224717850, AUT 040226 INTL DDA PUR AP<br>INDIGO FRANCISCO NORTE    MARBELLA        E SP | 25.93 |
| 04/03 | INTL TXN FEE, INTL TXN FEE | 0.31 |
| 04/03 | INTL TXN FEE, INTL TXN FEE | 0.78 |
| 04/03 | INTL TXN FEE, INTL TXN FEE | 3.63 |
| 04/03 | INTL TXN FEE, INTL TXN FEE | 3.69 |
| 04/06 | INTL DBCD PUR AP, *****30224717850, AUT 040326 INTL DDA PUR AP<br>ONE HUNDRED RESTROOMS SP    MADRID        E SP | 1.16 |
| 04/06 | INTL DBCD PUR AP, *****30224717850, AUT 040326 INTL DDA PUR AP<br>ONE HUNDRED RESTROOMS SP    MADRID        E SP | 1.16 |
| 04/06 | INTL DBCD PUR AP, *****30224717850, AUT 040326 INTL DDA PUR AP<br>LICENCIA 4777          GETAFE        E SP | 38.30 |
| 04/06 | INTL DBCD PUR AP, *****30224717850, AUT 040326 INTL DDA PUR AP<br>AEROP ADOLFO SUAREZ MAD    MADRID        E SP | 16.31 |
| 04/06 | INTL DBCD PUR AP, *****30224717850, AUT 040326 INTL DDA PUR AP<br>0024 MADRID AIRPORT     MADRID        E SP | 5.06 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL

| | |
|---|---|
| Page: | 7 of 11 |
| Statement Period: | Mar 18 2026-Apr 17 2026 |
| Cust Ref #: | |
| Primary Account #: | |



---

## DAILY ACCOUNT ACTIVITY

### Electronic Payments (continued)

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/06 | INTL DBCD PUR AP, *****30224717850, AUT 040326 INTL DDA PUR AP AVOLTA MAD T4S D SUR TG    MADRID        E SP | 24.47 |
| 04/06 | DEBIT POS AP, *****30224717850, AUT 040326 DDA PURCHASE AP UBER TECHNOLOGIES INC    WILMINGTON   * DE | 82.95 |
| 04/06 | DEBIT POS AP, *****30224717850, AUT 040426 DDA PURCHASE AP ELEGANCE BY EDYTHE        PHILADELPHIA * PA | 464.95 |
| 04/06 | DBCRD PUR AP, *****30224717850, AUT 040426 VISA DDA PUR AP TST REDSTONE AMERICAN GR    DRESHER      * PA | 43.73 |
| 04/06 | DBCRD PUR AP, *****30224717850, AUT 040426 VISA DDA PUR AP DD  DOORDASH GREEKBROT    855 973 1040 * CA | 57.71 |
| 04/06 | DEBIT POS AP, *****30224717850, AUT 040526 DDA PURCHASE AP GIANT  6513 1925 NORRI    MAPLE GLEN   * PA | 180.86 |
| 04/06 | DBCRD PUR AP, *****30224717850, AUT 040526 VISA DDA PUR AP TST MAMAN  SUBURBAN SQ    ARDMORE      * PA | 8.99 |
| 04/06 | DBCRD PUR AP, *****30224717850, AUT 040526 VISA DDA PUR AP UEP GOLDEN GREAT WALL     MAPLE GLEN  * PA | 62.69 |
| 04/06 | DBCRD PUR AP, *****30224717850, AUT 040526 VISA DDA PUR AP WAWA 8060            FORT WASHINGT * PA | 7.48 |
| 04/06 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****360554653 | 1,122.00 |
| 04/06 | INTL TXN FEE, INTL TXN FEE | 0.03 |
| 04/06 | INTL TXN FEE, INTL TXN FEE | 0.03 |
| 04/06 | INTL TXN FEE, INTL TXN FEE | 0.15 |
| 04/06 | INTL TXN FEE, INTL TXN FEE | 0.49 |
| 04/06 | INTL TXN FEE, INTL TXN FEE | 0.73 |
| 04/06 | INTL TXN FEE, INTL TXN FEE | 1.15 |
| 04/07 | DBCRD PUR AP, *****30224717850, AUT 040526 VISA DDA PUR AP TST POPUP BAGELS  ARDM    ARDMORE     * PA | 16.65 |
| 04/07 | ELECTRONIC PMT-WEB, CHASE CREDIT CRD EPAY ****173939 | 507.00 |
| 04/07 | eTransfer Debit, Online Xfer Transfer to CK 4468279687 | 50.00 |
| 04/08 | DBCRD PUR AP, *****30224717850, AUT 040726 VISA DDA PUR AP STARBUCKS 8007827282    800 782 7282 * WA | 25.00 |
| 04/08 | DBCRD PUR AP, *****30224717850, AUT 040726 VISA DDA PUR AP CHIPOTLE 2571          FORT WASHINGT * PA | 13.68 |
| 04/08 | DBCRD PUR AP, *****30224717850, AUT 040726 VISA DDA PUR AP KIWI YOGURT BLUE BELL    484 8034947 * PA | 4.97 |
| 04/08 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****454666319 | 399.00 |
| 04/08 | eTransfer Debit, Online Xfer Transfer to 01000002039915 | 50.00 |
| 04/09 | DBCRD PUR AP, *****30224717850, AUT 040826 VISA DDA PUR AP SQ  THE TRICYCLE GROUP    CONSHOHOCKEN * PA | 5.45 |
| 04/09 | DBCRD PUR AP, *****30224717850, AUT 040826 VISA DDA PUR AP WAWA 8060            FORT WASHINGT * PA | 10.37 |
| 04/09 | DBCRD PUR AP, *****30224717850, AUT 040826 VISA DDA PUR AP LUKOIL 69704        FT WASHINGTON * PA | 30.01 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL

| | |
|---|---|
| Page: | 8 of 11 |
| Statement Period: | Mar 18 2026-Apr 17 2026 |
| Cust Ref #: | |
| Primary Account #: | |



---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/09 | DBCRD PUR AP, *****30224717850, AUT 040826 VISA DDA PUR AP<br>COLDSTONE 21871    WILLOW GROVE  * PA | 8.36 |
| 04/09 | ELECTRONIC PMT-TEL, PENTAGON FEDERAL TRNSFR DR ****33935408816 | 565.00 |
| 04/09 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****484260855 | 120.00 |
| 04/09 | ELECTRONIC PMT-WEB, LULU COUNTRY CLU 2158845108 | 1,415.00 |
| 04/09 | eTransfer Debit, Online Xfer<br>Transfer to CK 4468279687 | 100.00 |
| 04/09 | DEBIT POS AP, *****30224717850, AUT 040926 DDA PURCHASE AP<br>WHOLEFDS PLM 102 500 W G   PLYMOUTH MEET * PA | 55.18 |
| 04/10 | DBCRD PUR AP, *****30224717850, AUT 040826 VISA DDA PUR AP<br>STARBUCKS 64647    DRESHER    * PA | 6.57 |
| 04/10 | DBCRD PUR AP, *****30224717850, AUT 040926 VISA DDA PUR AP<br>MCDONALD S F4225    DRESHER    * PA | 9.53 |
| 04/10 | DBCRD PUR AP, *****30224717850, AUT 040926 VISA DDA PUR AP<br>WAWA 8156        HORSHAM    * PA | 25.01 |
| 04/13 | DBCRD PUR AP, *****30224717850, AUT 040926 VISA DDA PUR AP<br>DAIRY QUEEN 18435    MAPLE GLEN  * PA | 4.55 |
| 04/13 | DBCRD PUR AP, *****30224717850, AUT 041026 VISA DDA PUR AP<br>NJ EZPASS        888 288 6865 * NJ | 22.85 |
| 04/13 | DBCRD PUR AP, *****30224717850, AUT 041026 VISA DDA PUR AP<br>E Z PASSNY TOLLBYMAIL    800 333 8655 * NY | 13.50 |
| 04/13 | DBCRD PUR AP, *****30224717850, AUT 041026 VISA DDA PUR AP<br>CUSTOM CLEANERS      HORSHAM    * PA | 18.27 |
| 04/13 | DBCRD PUR AP, *****30224717850, AUT 041026 VISA DDA PUR AP<br>WAWA 8060        FORT WASHINGT * PA | 3.81 |
| 04/13 | DBCRD PUR AP, *****30224717850, AUT 041026 VISA DDA PUR AP<br>ANTHROPOLOGIE COM      ANTHROPOLOGIE * PA | 18.32 |
| 04/13 | DBCRD PUR AP, *****30224717850, AUT 041026 VISA DDA PUR AP<br>CHIPOTLE 2571      FORT WASHINGT * PA | 10.55 |
| 04/13 | DBCRD PUR AP, *****30224717850, AUT 041026 VISA DDA PUR AP<br>WAWA 8156        HORSHAM    * PA | 5.78 |
| 04/13 | DBCRD PUR AP, *****30224717850, AUT 041126 VISA DDA PUR AP<br>TST POPUP BAGELS ARDM  ARDMORE    * PA | 16.65 |
| 04/13 | DBCRD PUR AP, *****30224717850, AUT 041126 VISA DDA PUR AP<br>RAGING WATERS CAR WASH    HORSHAM    * PA | 14.00 |
| 04/13 | DBCRD PUR AP, *****30224717850, AUT 041126 VISA DDA PUR AP<br>DSW UPPER DUBLIN      WILLOW GROVE * PA | 109.99 |
| 04/13 | DBCRD PUR AP, *****30224717850, AUT 041126 VISA DDA PUR AP<br>WAWA 43        SPRINGHOUSE  * PA | 9.31 |
| 04/13 | DBCRD PUR AP, *****30224717850, AUT 041226 VISA DDA PUR AP<br>COMCAST XFINITY    800 266 2278 * NJ | 774.58 |
| 04/13 | DBCRD PUR AP, *****30224717850, AUT 041226 VISA DDA PUR AP<br>EB AFTER HOURS      8014137200  * CA | 97.88 |
| 04/13 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****551265725 | 10.00 |
| 04/13 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****551699875 | 20.00 |



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL

| | |
|---|---|
| Page. | 9 of 11 |
| Statement Period: | Mar 18 2026-Apr 17 2026 |
| Cust Ref # | |
| Primary Account #: | |

---

DAILY ACCOUNT ACTIVITY

**Electronic Payments (continued)**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/13 | ELECTRONIC PMT-WEB, CITI CARD ONLINE PAYMENT ****84178352878 | 300.00 |
| 04/13 | DBCRD PUR AP, *****30224717850, AUT 041326 VISA DDA PUR AP <br> ANTHROPOLOGIE COM      ANTHROPOLOGIE * PA | 28.67 |
| 04/14 | DBCRD PUR AP, *****30224717850, AUT 041226 VISA DDA PUR AP <br> DAIRY QUEEN  18435      MAPLE GLEN   * PA | 5.61 |
| 04/14 | eTransfer Debit, Online Xfer <br> Transfer to CK 4468279687 | 100.00 |
| 04/14 | eTransfer Debit, Online Xfer <br> Transfer to CK 4468279687 | 80.00 |
| 04/15 | DBCRD PUR AP, *****30224717850, AUT 041426 VISA DDA PUR AP <br> KLARNA ANTHROPOLOGIE      WWW KLARNA CO * DE | 75.00 |
| 04/15 | ELECTRONIC PMT-WEB, CITI CARD ONLINE PAYMENT ****87041975418 | 360.89 |
| 04/15 | DEBIT POS AP, *****30224717850, AUT 041526 DDA PURCHASE AP <br> GIANT 6481 10 EAST RID    CONSHOHOCKEN * PA | 8.46 |
| 04/15 | eTransfer Debit, Online Xfer <br> Transfer to CK 4468279687 | 40.00 |
| 04/15 | DEBIT POS AP, *****30224717850, AUT 041526 DDA PURCHASE AP <br> LOWE S  757        PLYMOUTH MEET * PA | 37.07 |
| 04/15 | DEBIT POS AP, *****30224717850, AUT 041526 DDA PURCHASE AP <br> EVB SERVICE CEN      CONSHOHOCKEN * PA | 40.10 |
| 04/15 | eTransfer Debit, Online Xfer <br> Transfer to CK 4468279687 | 200.00 |
| 04/16 | DBCRD PUR AP, *****30224717850, AUT 041526 VISA DDA PUR AP <br> STARBUCKS 8007827282     800 782 7282 * WA | 25.00 |
| 04/16 | DBCRD PUR AP, *****30224717850, AUT 041526 VISA DDA PUR AP <br> WAWA 8156        HORSHAM    * PA | 35.25 |
| 04/16 | DBCRD PUR AP, *****30224717850, AUT 041526 VISA DDA PUR AP <br> WAWA 8060        FORT WASHINGT * PA | 6.57 |
| 04/16 | ELECTRONIC PMT-WEB, VENMO PAYMENT ****620656761 | 35.00 |
| 04/16 | ELECTRONIC PMT-WEB, BARCLAYCARD US CREDITCARD ****379439 | 1,000.00 |
| 04/16 | eTransfer Debit, Online Xfer <br> Transfer to CK 4468279687 | 50.00 |
| 04/16 | DEBIT POS AP, *****30224717850, AUT 041626 DDA PURCHASE AP <br> WHOLEFDS PLM 102 500 W G   PLYMOUTH MEET * PA | 12.05 |
| 04/17 | DBCRD PUR AP, *****30224717850, AUT 041526 VISA DDA PUR AP <br> SALADWORKS  PLYMOUTH SQ   CONSHOHOCKEN * PA | 18.28 |
| 04/17 | ELECTRONIC PMT-WEB, BLOOMINGDALES ONLINE PMT ****88599786297 | 100.00 |
| 04/17 | ACH DEBIT, CHASEHOMEFINANCE LN PMT ****652046 | 3,511.97 |
| 04/17 | DEBIT POS AP, *****30224717850, AUT 041726 DDA PURCHASE AP <br> PHI BETSY ROSS HOUSE      PHILADELPHIA * PA | 14.00 |
| 04/17 | DEBIT POS AP, *****30224717850, AUT 041726 DDA PURCHASE AP <br> ATHLETA US 4789       PHILADELPHIA * PA | 36.99 |
| | Subtotal: | 27,113.43 |

---

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com



**Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

CHAD ROSENTHAL
JESSICA ROSENTHAL

| | |
|---|---|
| Page: | 10 of 11 |
| Statement Period: | Mar 18 2026-Apr 17 2026 |
| Cust Ref #: | |
| Primary Account #: | |

---

DAILY ACCOUNT ACTIVITY

**Other Withdrawals**

| POSTING DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/07 | OVERDRAFT PD | 35.00 |
| | Subtotal: | 35.00 |

---

DAILY BALANCE SUMMARY

| DATE | BALANCE | DATE | BALANCE |
|---|---|---|---|
| 03/17 | 1,120.92 | 04/02 | 1,681.59 |
| 03/18 | 76.94 | 04/03 | 1,392.97 |
| 03/19 | 6,117.49 | 04/06 | -454.07 |
| 03/20 | 6,191.60 | 04/07 | 1,453.53 |
| 03/23 | 1,822.93 | 04/08 | 3,495.88 |
| 03/24 | 1,479.94 | 04/09 | 1,186.51 |
| 03/25 | 1,463.84 | 04/10 | 1,181.03 |
| 03/26 | 1,146.21 | 04/13 | 417.77 |
| 03/27 | 2,983.45 | 04/14 | 4,409.94 |
| 03/30 | 5,104.87 | 04/15 | 3,648.42 |
| 03/31 | 4,546.89 | 04/16 | 4,541.63 |
| 04/01 | 2,421.33 | 04/17 | 500.39 |