**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** | ) |
| | ) **Chapter 11** |
| | ) **Subchapter V** |
| **CHAD ROSENTHAL,** | ) |
| **Debtor.** | ) **Case No. 25-12369 (DJB)** |
| | ) **HEARING DATE: 5/26/26 AT 1:00 PM** |
| | ) |

**NOTICE OF CONFIRMATION HEARING**

TO ALL PERSONS OR ENTITIES WITH CLAIMS AGAINST THE DEBTOR, PLEASE TAKE NOTICE THAT:

Debtor, CHAD ROSENTHAL by and through counsel, Center City Law Offices, LLC has filed a Plan of Reorganization, a Report of Plan Voting with Supporting Memorandum of Law and Declaration in Support of Confirmation with a Proposed Order to Confirm the Plan of Reorganization.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1.      If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then within 21 days from the date hereafter, you or your attorney must do **all** of the following:

(a)      File an Objection explaining your position at:

Office of the Clerk of Court
U.S. Bankruptcy Court
900 Market Street
Philadelphia, PA 19107-2800

If you mail your objection to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b)      Mail a copy to the Debtor's attorney:

Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
1632 Ellsworth Street
Philadelphia, PA  19146

2.      If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.      A hearing on the motion may be held by the Honorable DEREK J. BAKER on MAY 26, 2026 AT 1:00 PM IN PERSON IN COURTROOM #2.  Unless the Court orders otherwise, the hearing on this contested matter will be an evidentiary hearing at which witnesses may testify with respect to disputed factual issues in the manner directed by Fed. R. Bank. P. 9014(d).

4.      If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.      You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been cancelled because no one filed an objection.

Date:   May 21, 2026                                    By: */s/ Maggie S. Soboleski*
                                                        Maggie S. Soboleski, Esquire

Center City Law Offices, LLC
            1632 Ellsworth Street
            Philadelphia, PA  19146
            215-620-2132
            msoboles@yahoo.com