**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | **Case No.: 25-12369** |
| **Chad Rosenthal** | : | **Chapter 11** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, National** | : | **Related Document # 54** |
| **Association** | : | |
| **Movant,** | : | |
| | : | |
| vs | : | |
| | : | |
| **Chad Rosenthal** | : | |
| **Jessica Rosenthal** | : | |
| **Leona Mogavero, Trustee** | : | |
| **Respondents.** | | |

## PRAECIPE OF WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN
## (DOCKET NO. 54)

Now comes JPMorgan Chase Bank, National Association ("Creditor") by and through

counsel, and hereby withdraws its Objection to Confirmation of Plan which was filed in this

Court on March 25, 2026. The Objection to Confirmation of Plan needs to be withdrawn because

Debtor filed an amended plan on June 16, 2026, at docket 91, that resolved Creditor's objection.

Respectfully submitted,

/s/ Adam B. Hall

Adam B. Hall, Esquire (323867)
Molly Simons (338992)
MDK Legal
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Adam B.
Hall.
Contact email is ABHall@mdklegal.com

25-014915_KJB

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 25-12369** |
| **Chad Rosenthal** | : | **Chapter 11** |
| | : | **Judge Derek J. Baker** |
| **Debtor(s)** | : | * * * * * * * * * * * * * * * * * * |
| | : | |
| **JPMorgan Chase Bank, National Association** | : | **Related Document # 54** |
| | : | |
| **Movant,** | : | |
| | : | |
| **vs** | : | |
| | : | |
| **Chad Rosenthal** | : | |
| **Jessica Rosenthal** | : | |
| **Leona Mogavero, Trustee** | : | |
| **Respondents.** | | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Praecipe of Withdrawal of

Objection to Confirmation of Plan (Docket No. 54) was filed electronically.  Notice of this filing

will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Leona Mogavero, Chapter 11 Trustee

MAGGIE S SOBOLESKI, Attorney for Chad Rosenthal,  msoboles@yahoo.com

Paul H. Young, Attorney for Chad Rosenthal, support@ymalaw.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S.

25-014915_KJB

Mail to the following:

Chad Rosenthal, 1066 Bell Lane, Ambler, PA  19002

Jessica Rosenthal, 1066 Bell Ln, Maple Glen, PA  19002

/s/ Adam B. Hall

25-014915_KJB