**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | |
| | : | Chapter 11 |
| CHAD ROSENTHAL, | : | |
| | : | |
| Debtor. | : | Case No. 25-12369 (DJB) |

_____

## ORDER CONFIRMING PLAN

**AND NOW,** the AMENDED PLAN FILED ON JUNE 16, 2026, under subchapter V of chapter 11 of the Bankruptcy Code (the "Plan") (Doc #91) having been filed by the Debtor;

**AND,** it having been determined, after notice and a hearing, that the requirements for confirmation set forth in 11 U.S.C.§ 1191(b) have been satisfied,

It is therefore, **ORDERED** that:

1. The Plan is confirmed pursuant to 11 U.S.C. § 1191(b).

2. Notwithstanding anything in the Plan to the contrary, the Debtor shall serve as the disbursing agent and shall make all required Plan payments, during the life of the Plan. The Subchapter V Trustee shall not serve as disbursing agent under the Plan.

3. Notwithstanding anything in the Plan to the contrary, the Subchapter V Trustee's appointment shall remain in place and extend post-confirmation. The Subchapter V Trustee's post-confirmation duties shall be limited to monitoring activities in the case to ensure payments under the confirmed Plan commence and continue.

4. Notwithstanding anything in the Plan to the contrary, where the Debtor is the disbursing agent, the Subchapter V Trustee shall still be required to file the *Chapter*

*11 Subchapter V Trustee's Final Report and Account* upon the Debtor's completion of payments.

5. The Debtor shall make 60 monthly payments beginning on the first day of the month after this Confirmation Order is entered.

6. The Debtor must file post-confirmation reporting (the "Reports") from the date of entry of this Order until the time of closing of the bankruptcy case.  The Reports must comply with Local Rule 3021-1 and must include the small business post-confirmation report required by the Office of the United States Trustee, which form is entitled *Office Of The United States Trustee - Region 3 Post-Confirmation Quarterly Summary Report*.  The Debtor shall file each Report on or before the 20th day after the end of each calendar quarter.

7. No later than fourteen (14) days after the Plan's Effective Date, the Debtor shall file and serve a Notice of Effective Date.

8. If the Debtor fails to make payment or perform any obligation under the Plan:

   a. the Debtor shall file a written notice of the default (the "Debtor Default Notice") electronically on the public docket; and

   b. any creditor or party in interest, including the Subchapter V Trustee, may give written notice of the default (the "Non-Debtor Default Notice" and together with the Debtor Default Notice, a "Default Notice") and file a copy of the Non-Debtor Default Notice electronically on the public docket.

9. The Debtor shall have twenty-one (21) days from the issuance of a Default Notice (the "Notice Period") to cure all defaults and file a written notice that the Debtor has cured the defaults (the "Cure Notice") electronically on the public docket.  If the

Debtor fails to file the Cure Notice within the Notice Period, the Court shall enter an order converting this case to chapter 7 without further notice and hearing. The filing of a Cure Notice by the Debtor is without prejudice to the rights of parties in interest, including the Subchapter V Trustee, to assert that the Debtor has failed to cure the defaults and to seek remedies, including conversion, in connection therewith.

_____
DEREK J. BAKER
United States Bankruptcy Judge

July _____, 2026