**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                          :
                                                :     Chapter 11
CHAD ROSENTHAL,                                 :
                                                :
        Debtor.                                 :     Case No. 25- 12369 (DJB)

_____

**EXHIBITS AND WITNESSES OFFERED IN SUPPORT OF CONFIRMATION OF**
**DEBTOR'S PLAN OF REORGANIZATION UNDER 11 U.S.C. SECTION 1191(B) OF**
**SUBCHAPTER V OF THE UNITED STATES BANKRUPTCY CODE**

Debtor's counsel by and through his undersigned counsel submits this list (the "List") of exhibits and witnesses in support of confirmation of his Plan of Reorganization under 11 U.S.C. Section 1191(b) of the U.S. Bankruptcy Code.   Pursuant to the list set forth below, the Debtor respectfully requests that that the Court take judicial notice of all pleadings filed in this bankruptcy case, including all exhibits attached thereto and the date filed.  Debtor reserves its right to supplement this List prior to the hearing.

Debtor reserves its wright to use any and all exhibits introduced into evidence by any party, to introduce into evidence any exhibit it may deem appropriate to rebut any evidence introduced by any parties objecting to confirmation and to introduce into evidence any of the following:

- Debtor's MORs from May 2026 and June 2026 with any and all supplemental support documents filed as of June 3, 2026

- Debtor's Plan of Reorganization with Exhibits A, B and C.

- Debtor plans to present testimony of the principal of the Debtor, Chad Rosenthal, including any rebuttal and cure.

## **CERTIFICATE OF SERVICE**

I, Maggie S. Soboleski, Esquire hereby certify that a copy of the Debtor's Exhibit and

Witness List was served by being filed through the Court's electronic filing system upon those

receiving notice via ECF and upon all creditors via e-mail on May 19, 2026 as indicated:

All parties on the ECF registered system;
The United States Trustee

Respectfully submitted,

*/s/ Maggie S. Soboleski*

Maggie S. Soboleski, Esquire
Center City Law Offices, LLC
Counsel to the Debtor

August 3, 2026