**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 11 |
| | : | |
| CHAD ROSENTHAL | : | |
| | : | Bky. No. 25-12369-djb |
| Debtor. | : | |

**ORDER**

Upon consideration of the First Interim Application of Leona Mogavero, Esquire, for Compensation as Subchapter V Trustee for the Period from December 5, 2025, through August 4, 2026 (the "Application"), it is hereby ORDERED that:

The Application shall be approved and compensation to Leona Mogavero, Esquire shall be allowed and authorized as a Chapter 11 administrative expense claim for services rendered in the amount of Twelve Thousand Fifteen and 00/100 Dollars ($12,015.00) by Leona Mogavero, Esquire in rendering said services as Subchapter V Trustee.

BY THE COURT:

______________________________________
Derek J. Baker,
United States Bankruptcy Judge

**Date: October 16, 2026**

Date: ____________, 2026